IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| METAVATION, LLC, | ) | Case No. 13-_____ (___) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## LIST OF CREDITORS
## HOLDING 20 LARGEST UNSECURED CLAIMS

Following is a list of the Debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007 d) for filing in this chapter 11 case. The list does not include 1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or 2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20largest unsecured claims.

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Contingent, unliquidated, disputed or subject to set off | Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Loeb Lorman Metals<br>1111 S. 10th Street<br>Watertown, WI 53094 | Loeb Lorman Metals<br>Attn: Bruce Loeb<br>1111 S. 10th Street<br>Watertown, WI 53094<br>Tel: 920-563-2488<br>Fax: 920-563-2418 | Trade | | $464,080.65 |
| Osco Industries, Inc.<br>11th & Chillicothe Street<br>PO Box 1388<br>Portsmouth, OH 45662 | Osco Industries, Inc.<br>11th & Chillicothe Street<br>PO Box 1388<br>Portsmouth, OH 45662<br>Attn: Tom Kayser<br>Tel: 614-354-3183<br>Fax: 740-353-1504 | Trade | | $190,785.10 |

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Contingent, unliquidated, disputed or subject to set off | Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Automated Logistics System<br>3517 Scheele Drive<br>Jackson, MI 49202 | Automated Logistics System<br>Attn: Joe Parker<br>3517 Scheele Drive<br>Jackson, MI 49202<br>Tel: 800-551-9399<br>Fax: 888-764-6225 | Trade | | $182,521.52 |
| Dauber Company, Inc.<br>c/o Ronald B. Rich<br>30655 Northwestern Hwy.<br>Farmington Hills, MI 48334 | Dauber Company, Inc.<br>c/o Ronald B. Rich<br>30655 Northwestern Hwy.<br>Farmington Hills, MI 48334<br>Tel: 248-851-4411<br>Fax: 248-851-6225 | Litigation | | $156,964.97 |
| City of Mt. Pleasant<br>320 West Broadway<br>Mt. Pleasant, MI 48858 | City of Mt. Pleasant<br>Attn: Nancy Ridley<br>320 West Broadway<br>Mt. Pleasant, MI 48858<br>Tel: 989-779-5367<br>Fax: 989-773-4691 | Trade | | $133,972.33 |
| Trostel<br>901 Maxwell Street<br>Lake Geneva, WI 53147 | Trostel<br>Attn: Larry Brown<br>901 Maxwell Street<br>Lake Geneva, WI 53147<br>Tel: 262-472-6314<br>Fax: 262-473-6966 | Trade | | $129,509.22 |
| NETLINK<br>999 Tech Row<br>Madison Height, MI 48071 | NETLINK<br>Attn: Amarish Kapadia<br>999 Tech Row<br>Madison Height, MI 48071<br>Tel: 248-204-8800 | Trade | | $101,978.18 |

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Contingent, unliquidated, disputed or subject to set off | Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Central Michigan Staffing<br>605 N. Mission Street<br>Mt. Pleasant, MI 48858 | Central Michigan Staffing<br>Attn: Account Manager (Metavation)<br>605 N. Mission Street<br>Mt. Pleasant, MI 48858<br>Tel: 989-772-0315<br>Fax: 989-775-8147 | Temp Staffing | | $90,438.81 |
| Tonawanda Coke Corp.<br>P.O. Box 5007<br>Tonawanda, NY 14151-5007 | Tonawanda Coke Corp.<br>Attn: Colleen Crane<br>P.O. Box 5007<br>Tonawanda, NY 14151-5007<br>Tel: 989-779-5367<br>Fax: 989-773-4691 | Trade | | $77,614.30 |
| City of Vassar<br>287 E. Huron<br>Vassar, MI 48768 | City of Vassar<br>Attn: Treasurer<br>287 E. Huron<br>Vassar, MI 48768<br>Tel: 989-823-8517<br>Fax: 989-823-3351 | Utilities and taxes | | $68,932.63 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Tax | | $60,565.09 |
| A&B Machine Inc.<br>2040 Commerce Drive<br>Sidney, OH 45365 | A&B Machine Inc.<br>Attn: Accounts Receivable Manager<br>2040 Commerce Drive<br>Sidney, OH 45365<br>Tel: 937-492-8662<br>Fax: 937-492-1619 | Trade | | $53,262.23 |

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Contingent, unliquidated, disputed or subject to set off | Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| DTE Energy<br>One Energy Plaza<br>2120 WCB<br>Detroit, MI 48226<br>Tel: 800-477-4747 | DTE Energy<br>Attn: Audrey Anderson<br>One Energy Plaza<br>2120 WCB<br>Detroit, MI 48226<br>Tel: 800-477-4747 | Public utilities | | $52,941.44 |
| County of Tuscola<br>440 N. State Street<br>Caro, MI 48723 | County of Tuscola<br>Attn: Treasurer<br>440 N. State Street<br>Caro, MI 48723<br>Tel: 989-672-3890<br>Fax: 989-672-4011 | Tax | | $52,123.67 |
| Manpower US Inc.<br>100 Manpower Place<br>Milwaukee, WI 53212 | ManpowerGroup<br>Attn: Melissa J. Koch<br>100 Manpower Place<br>Milwaukee, WI 53212<br>Tel: 414-961-1000<br>Fax: 414-906-7822 | Temp staffing | | $44,111.15 |
| Chainworks, Inc.<br>1031 S MAIN ST<br>Plymouth, MI 48170 | Chainworks, Inc.<br>Attn: Accounts Receivable Manager<br>1031 S MAIN ST<br>Plymouth, MI 48170<br>Tel: 517-764-9090<br>Fax: 517-245-5809 | Trade | | $37,727.52 |
| Peoplelink, LLC<br>431 E Colfax Ave<br>Suite 200<br>South Bend, IN 46617 | Peoplelink, LLC<br>Attn: Account Manager (Metavation)<br>431 E Colfax Ave<br>Suite 200<br>South Bend, IN 46617<br>Tel: 574-232-5400<br>Fax: 571-764-9092 | Temp staffing | | $36,919.39 |

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Contingent, unliquidated, disputed or subject to set off | Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Standard Electric<br>2650 Trautner Dr<br>Saginaw, MI 48603 | Standard Electric<br>Attn: Accounts Receivable Manager<br>2650 Trautner Dr<br>Saginaw, MI 48603<br>Tel: 989-497-2100<br>Fax: 989-497-2102 | Trade | | $32,975.72 |
| Fortech Products, Inc.<br>7600 Kensington Ct.<br>Brighton, MI 48116 | Fortech Products, Inc.<br>Attn: Accounts Receivable Manager<br>7600 Kensington Ct.<br>Brighton, MI 48116<br>Tel: 248-446-9500<br>Fax: 248-446-1500 | Trade | | $31,935.75 |
| TFT Global Inc.<br>35 Spruce St.<br>Tillsonburg, Ontario<br>N4G 5C4 | TFT Global Inc.<br>Attn: Accounts Receivable Manager<br>35 Spruce St.<br>Tillsonburg, Ontario<br>N4G 5C4<br>Tel: 519-842-4540<br>Fax: 519-842-7680 | Trade | | $30,303.13 |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| METAVATION, LLC, ) | Case No. 13-_____ (___) |
| ) | |
| Debtor. ) | |
| ) | |

## CERTIFICATION CONCERNING LIST OF
## CREDITORS HOLDING THE 20 LARGEST UNSECURED CLAIMS

The debtor and debtor in possession (the "Debtor") in the above-captioned case hereby certifies under penalty of perjury that the *List of Creditors Holding the 20 Largest Unsecured Claims*, submitted herewith, is complete and to the best of the Debtor's knowledge correct and consistent with Debtor's books and records.

The information contained herein is based upon a review of the Debtor's books and records. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the *List of Creditors Holding the 20 Largest Unsecured Claims* have been completed. Therefore, the listing does not and should not be deemed to constitute: 1) a waiver of any defense to any listed claims; 2) an acknowledgement of the allowability of any list claims; and/or 3) a waiver of any other right or legal position of the Debtor.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 22, 2013

_____
John C. DiDonato
Chief Restructuring Officer