IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| METAVATION, LLC, | ) | Case No. 13-_____ (__) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**LIST OF EQUITY SECURITY HOLDERS**

| **MEMBER** | **ADDRESS** | **INTEREST** |
|---|---|---|
| Revstone Transportation, LLC | 21177 Hilltop Street<br>Southfield, MI 48033 | 100% |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| METAVATION, LLC, | ) | Case No. 13-_____ (___) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## CERTIFICATION CONCERNING EQUITY SECURITY HOLDERS

The debtor and debtor in possession (the "Debtor") in the above-captioned case, hereby certifies under penalty of perjury that the *List of Equity Security Holders* of the Debtor submitted herewith, pursuant to Local Rule 1007-1 (a) of the Bankruptcy Court for the District of Delaware, is complete and to the best of the Debtor's knowledge correct and consistent with Debtor's books and records.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 22, 2013

_____
John C. DiDonato
Chief Restructuring Officer