IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| METAVATION, LLC, | ) | Case No. 13-_____ (___) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## CORPORATE OWNERSHIP STATEMENT

In accordance with Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure, the debtor and debtor in possession (the "Debtor") in the above-captioned case hereby states that the following corporation directly or indirectly owns 10% or more of the Debtor's equity interests:

- Revstone Transportation, LLC

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 22, 2013

John C. DiDonato
Chief Restructuring Officer

DOCS_DE:185995.4 73864/001