# EXHIBIT A

# CORPORATE STRUCTURE FOR METAVATION AND AFFILIATES

# Revstone Industries, LLC Organizational Chart



(Note: all entities formed in Delaware unless otherwise indicated.)
(Certain non-operating subsidiaries are omitted from this Organizational Chart)