### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------x
                                 :

*In re*                            :

                                 :     **Chapter 11**

**ROTECH HEALTHCARE INC.,**      :

                                 :     **Case No. 13-10741 (PJW)**

          **Debtor.**           :

                                 :

-------------------------------------------------------------x
-------------------------------------------------------------x
                                 :

*In re*                            :

                                 :     **Chapter 11**

**A-1 MEDICAL EQUIPMENT, INC.,**    :

                                 :     **Case No. 13-10742 (PJW)**

          **Debtor.**           :

                                 :

-------------------------------------------------------------x
-------------------------------------------------------------x
                                 :

*In re*                            :

                                 :     **Chapter 11**

**ABBA MEDICAL EQUIPMENT, INC.,**  :

                                 :     **Case No. 13-10743 (PJW)**

          **Debtor.**           :

                                 :

-------------------------------------------------------------x
-------------------------------------------------------------x
                                 :

*In re*                            :

                                 :     **Chapter 11**

**ACADIA HOME CARE,**          :

                                 :     **Case No. 13-10747 (PJW)**

          **Debtor.**           :

                                 :

-------------------------------------------------------------x

```
-------------------------------------------------------x
                                              :
In re                                         :
                                              :          Chapter 11
ALLIED MEDICAL SUPPLY, INC.,                  :
                                              :          Case No. 13-10748 (PJW)
              Debtor.                         :
                                              :
-------------------------------------------------------x
-------------------------------------------------------x
                                              :
In re                                         :
                                              :          Chapter 11
ALWAYS MEDICAL EQUIPMENT, INC.,               :
                                              :          Case No. 13-10749 (PJW)
              Debtor.                         :
                                              :
-------------------------------------------------------x
-------------------------------------------------------x
                                              :
In re                                         :
                                              :          Chapter 11
ANDY BOYD'S INHOME MEDICAL, INC.,             :
WEST,                                         :          Case No. 13-10750 (PJW)
                                              :
              Debtor.                         :
                                              :
-------------------------------------------------------x
-------------------------------------------------------x
                                              :
In re                                         :
                                              :          Chapter 11
ANDY BOYD'S INHOME                            :
MEDICAL/INHOME MEDICAL INC.,                  :          Case No. 13-10751 (PJW)
                                              :
              Debtor.                         :
                                              :
-------------------------------------------------------x
```

2

```
--------------------------------------------------------x
                                                        :
In re                                                   :
                                                        :   Chapter 11
ANNISTON HEALTH & SICKROOM                              :
SUPPLIES, INC.,                                         :   Case No. 13-10752 (PJW)
                                                        :
         Debtor.                                        :
                                                        :
--------------------------------------------------------x
--------------------------------------------------------x
                                                        :
In re                                                   :
                                                        :   Chapter 11
BERKELEY MEDICAL EQUIPMENT, INC.,                       :
                                                        :
         Debtor.                                        :   Case No. 13-10753 (PJW)
                                                        :
--------------------------------------------------------x
--------------------------------------------------------x
                                                        :
In re                                                   :
                                                        :   Chapter 11
BEST CARE HHC ACQUISITION                               :
COMPANY LLC,                                            :   Case No. 13-10754 (PJW)
                                                        :
         Debtor.                                        :
                                                        :
--------------------------------------------------------x
--------------------------------------------------------x
                                                        :
In re                                                   :
                                                        :   Chapter 11
BETA MEDICAL EQUIPMENT, INC.,                           :
                                                        :   Case No. 13-10755 (PJW)
         Debtor.                                        :
                                                        :
--------------------------------------------------------x
```

```
-------------------------------------------x
                                           :
In re                                      :
                                           :  Chapter 11
CAMBRIA MEDICAL SUPPLY, INC.,              :
                                           :  Case No. 13-10756 (PJW)
        Debtor.                            :
                                           :
-------------------------------------------x
-------------------------------------------x
                                           :
In re                                      :
                                           :  Chapter 11
CAMDEN MEDICAL SUPPLY, INC.,               :
                                           :  Case No. 13-10757 (PJW)
        Debtor.                            :
                                           :
-------------------------------------------x
-------------------------------------------x
                                           :
In re                                      :
                                           :  Chapter 11
CARE MEDICAL SUPPLIES, INC.,               :
                                           :  Case No. 13-10758 (PJW)
        Debtor.                            :
                                           :
-------------------------------------------x
-------------------------------------------x
                                           :
In re                                      :
                                           :  Chapter 11
CENTENNIAL MEDICAL EQUIPMENT,              :
INC.,                                      :  Case No. 13-10759 (PJW)
                                           :
        Debtor.                            :
                                           :
-------------------------------------------x
-------------------------------------------x
                                           :
In re                                      :
                                           :  Chapter 11
CHARLOTTE MEDICAL SUPPLY, INC.,            :
                                           :  Case No. 13-10760 (PJW)
        Debtor.                            :
                                           :
-------------------------------------------x
```

4

```
------------------------------------------------x
                                                :
In re                                           :
                                                :   Chapter 11
COLLINS RENTALS, INC.,                          :
                                                :   Case No. 13-10761 (PJW)
            Debtor.                             :
                                                :
     -------------------------------------------x
------------------------------------------------x
                                                :
In re                                           :
                                                :   Chapter 11
COMMUNITY HOME OXYGEN, INC.,                     :
                                                :   Case No. 13-10762 (PJW)
            Debtor.                             :
                                                :
     -------------------------------------------x
------------------------------------------------x
                                                :
In re                                           :
                                                :   Chapter 11
CONTOUR MEDICAL SUPPLY, INC.,                   :
                                                :   Case No. 13-10763 (PJW)
            Debtor.                             :
                                                :
     -------------------------------------------x
------------------------------------------------x
                                                :
In re                                           :
                                                :   Chapter 11
CORLEY HOME HEALTH CARE, INC.,                  :
                                                :   Case No. 13-10764 (PJW)
            Debtor.                             :
                                                :
     -------------------------------------------x
------------------------------------------------x
                                                :
In re                                           :
                                                :   Chapter 11
CPO 2, INC.,                                    :
                                                :   Case No. 13-10765 (PJW)
            Debtor.                             :
                                                :
     -------------------------------------------x
```

```
-----------------------------------------------------x
                                                     :
In re                                                :
                                                     :   Chapter 11
DANIEL MEDICAL SYSTEMS, INC.,                        :
                                                     :   Case No. 13-10766 (PJW)
          Debtor.                                    :
                                                     :
-----------------------------------------------------x
-----------------------------------------------------x
                                                     :
In re                                                :
                                                     :   Chapter 11
DISTINCT HOME HEALTH CARE, INC.,                     :
                                                     :   Case No. 13-10767 (PJW)
          Debtor.                                    :
                                                     :
-----------------------------------------------------x
-----------------------------------------------------x
                                                     :
In re                                                :
                                                     :   Chapter 11
DON PAUL RESPIRATORY SERVICES,                       :
INC.,                                                :   Case No. 13-10768 (PJW)
                                                     :
          Debtor.                                    :
                                                     :
-----------------------------------------------------x
-----------------------------------------------------x
                                                     :
In re                                                :
                                                     :   Chapter 11
DUMED, INC.,                                         :
                                                     :   Case No. 13-10769 (PJW)
          Debtor.                                    :
                                                     :
-----------------------------------------------------x
```

6

```
-----------------------------------------------------------x
                                                           :
In re                                                      :
                                                           :   Chapter 11
EAST TENNESSEE INFUSION &                                  :
RESPIRATORY, INC.,                                         :   Case No. 13-10770 (PJW)
                                                           :
          Debtor.                                          :
                                                           :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                           :
In re                                                      :
                                                           :   Chapter 11
ELLIS COUNTY HOME MEDICAL                                  :
EQUIPMENT, LLC,                                            :   Case No. 13-10771 (PJW)
                                                           :
          Debtor.                                          :
                                                           :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                           :
In re                                                      :
                                                           :   Chapter 11
ENCORE HOME HEALTH CARE, INC.,                             :
                                                           :   Case No. 13-10772 (PJW)
          Debtor.                                          :
                                                           :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                           :
In re                                                      :
                                                           :   Chapter 11
EXCEL MEDICAL OF FORT DODGE, INC.,                         :
                                                           :   Case No. 13-10773 (PJW)
          Debtor.                                          :
                                                           :
-----------------------------------------------------------x
```

```
------------------------------------------------x
                                                :
In re                                           :
                                                :     Chapter 11
EXCEL MEDICAL OF MARSHALLTOWN,                  :
INC.,                                           :     Case No. 13-10774 (PJW)
                                                :
          Debtor.                               :
                                                :
------------------------------------------------x
------------------------------------------------x
                                                :
In re                                           :
                                                :     Chapter 11
FIRST COMMUNITY CARE OF NIAGARA,               :
INC.,                                           :     Case No. 13-10775 (PJW)
                                                :
          Debtor.                               :
                                                :
------------------------------------------------x
------------------------------------------------x
                                                :
In re                                           :
                                                :     Chapter 11
FIRSTCARE, INC.,                                :
                                                :     Case No. 13-10776 (PJW)
          Debtor.                               :
                                                :
------------------------------------------------x
------------------------------------------------x
                                                :
In re                                           :
                                                :     Chapter 11
FISCHER MEDICAL EQUIPMENT, INC.,               :
                                                :     Case No. 13-10777 (PJW)
          Debtor.                               :
                                                :
------------------------------------------------x
```

```
-----------------------------------------x
                                         :
In re                                    :
                                         :    Chapter 11
FOUR RIVERS HOME HEALTH CARE,            :
INC.,                                    :    Case No. 13-10778 (PJW)
                                         :
         Debtor.                         :
                                         :
-----------------------------------------x
-----------------------------------------x
                                         :
In re                                    :
                                         :    Chapter 11
G&G MEDICAL, INC.,                       :
                                         :    Case No. 13-10779 (PJW)
         Debtor.                         :
                                         :
-----------------------------------------x
-----------------------------------------x
                                         :
In re                                    :
                                         :    Chapter 11
GATE CITY MEDICAL EQUIPMENT, INC.,       :
                                         :    Case No. 13-10780 (PJW)
         Debtor.                         :
                                         :
-----------------------------------------x
-----------------------------------------x
                                         :
In re                                    :
                                         :    Chapter 11
GEORGIA MEDICAL RESOURCES, INC.,         :
                                         :    Case No. 13-10781 (PJW)
         Debtor.                         :
                                         :
-----------------------------------------x
-----------------------------------------x
                                         :
In re                                    :
                                         :    Chapter 11
GLADWIN AREA HOME CARE, INC.,            :
                                         :    Case No. 13-10782 (PJW)
         Debtor.                         :
                                         :
-----------------------------------------x
```

9

```
-----------------------------------------------x
                                               :
In re                                          :
                                               :   Chapter 11
HAMILTON MEDICAL EQUIPMENT                      :
SERVICE, INC.,                                  :   Case No. 13-10783 (PJW)
                                               :
         Debtor.                               :
                                               :
-----------------------------------------------x
-----------------------------------------------x
                                               :
In re                                          :
                                               :   Chapter 11
HEALTH CARE SERVICES OF                        :
MISSISSIPPI, INCORPORATED,                     :   Case No. 13-10784 (PJW)
                                               :
         Debtor.                               :
                                               :
-----------------------------------------------x
-----------------------------------------------x
                                               :
In re                                          :
                                               :   Chapter 11
HOLLAND MEDICAL SERVICES, INC.,                :
                                               :   Case No. 13-10785 (PJW)
         Debtor.                               :
                                               :
-----------------------------------------------x
-----------------------------------------------x
                                               :
In re                                          :
                                               :   Chapter 11
HOME CARE OXYGEN SERVICE, INC.,                :
                                               :   Case No. 13-10786 (PJW)
         Debtor.                               :
                                               :
-----------------------------------------------x
```

-----------------------------------------------------x
                  :

*In re*                 :

                  :    **Chapter 11**

**INTEGRATED HEALTH SERVICES AT**  :

**JEFFERSON HOSPITAL, INC.,**    :    **Case No. 13-10787 (PJW)**

                  :

        **Debtor.**       :

                  :

-----------------------------------------------------x
-----------------------------------------------------x
                  :

*In re*                 :

                  :    **Chapter 11**

**HOME MEDICAL SYSTEMS, INC.,**    :

                  :    **Case No. 13-10788 (PJW)**

        **Debtor.**       :

                  :

-----------------------------------------------------x
-----------------------------------------------------x
                  :

*In re*                 :

                  :    **Chapter 11**

**IHS ACQUISITION XXVII, INC.,**   :

                  :    **Case No. 13-10789 (PJW)**

        **Debtor.**       :

                  :

-----------------------------------------------------x
-----------------------------------------------------x
                  :

*In re*                 :

                  :    **Chapter 11**

**INTENSIVE HOME CARE SERVICES, INC.,**  :

                  :    **Case No. 13-10790 (PJW)**

        **Debtor.**       :

                  :

-----------------------------------------------------x
-----------------------------------------------------x
                  :

*In re*                 :

                  :    **Chapter 11**

**IOTA MEDICAL EQUIPMENT, INC.,**   :

                  :    **Case No. 13-10791 (PJW)**

        **Debtor.**       :

                  :

-----------------------------------------------------x

```
-------------------------------------------x
                                           :
In re                                      :
                                           :  Chapter 11
LAMBDA MEDICAL EQUIPMENT, INC.,            :
                                           :  Case No. 13-10792 (PJW)
             Debtor.                       :
                                           :
-------------------------------------------x
-------------------------------------------x
                                           :
In re                                      :
                                           :  Chapter 11
LAMS, INC.,                                :
                                           :  Case No. 13-10793 (PJW)
             Debtor.                       :
                                           :
-------------------------------------------x
-------------------------------------------x
                                           :
In re                                      :
                                           :  Chapter 11
LOVEJOY MEDICAL, INC.,                     :
                                           :  Case No. 13-10794 (PJW)
             Debtor.                       :
                                           :
-------------------------------------------x
-------------------------------------------x
                                           :
In re                                      :
                                           :  Chapter 11
MAJOR MEDICAL SUPPLY, INC.,                :
                                           :  Case No. 13-10796 (PJW)
             Debtor.                       :
                                           :
-------------------------------------------x
-------------------------------------------x
                                           :
In re                                      :
                                           :  Chapter 11
MEDCO PROFESSIONAL SERVICES,               :
CORP.,                                     :  Case No. 13-10797 (PJW)
                                           :
             Debtor.                       :
                                           :
-------------------------------------------x
```

```
-----------------------------------------------------------x
                                                           :
In re                                                      :
                                                           :        Chapter 11
MEDCORP INTERNATIONAL, INC.,                               :
                                                           :        Case No. 13-10798 (PJW)
            Debtor.                                        :
                                                           :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                           :
In re                                                      :
                                                           :        Chapter 11
MEDIC-AIRE MEDICAL EQUIPMENT,                              :
INC.,                                                      :        Case No. 13-10799 (PJW)
                                                           :
            Debtor.                                        :
                                                           :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                           :
In re                                                      :
                                                           :        Chapter 11
MEDICAL ELECTRO-THERAPEUTICS,                              :
INC.,                                                      :        Case No. 13-10800 (PJW)
                                                           :
            Debtor.                                        :
                                                           :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                           :
In re                                                      :
                                                           :        Chapter 11
MEDICARE RENTAL SUPPLY, INC.,                              :
                                                           :        Case No. 13-10801 (PJW)
            Debtor.                                        :
                                                           :
-----------------------------------------------------------x
```

```
-------------------------------------------x
                                           :
In re                                      :
                                           :    Chapter 11
MICHIGAN MEDICAL SUPPLY, INC.,             :
                                           :    Case No. 13-10802 (PJW)
        Debtor.                            :
                                           :
-------------------------------------------x
-------------------------------------------x
                                           :
In re                                      :
                                           :    Chapter 11
NATIONAL MEDICAL EQUIPMENT                 :
CENTERS, INC.,                             :    Case No. 13-10803 (PJW)
                                           :
        Debtor.                            :
                                           :
-------------------------------------------x
-------------------------------------------x
                                           :
In re                                      :
                                           :    Chapter 11
NEIGHBORCARE HOME MEDICAL                  :
EQUIPMENT OF MARYLAND, LLC,                :    Case No. 13-10805 (PJW)
                                           :
        Debtor.                            :
                                           :
-------------------------------------------x
-------------------------------------------x
                                           :
In re                                      :
                                           :    Chapter 11
NEIGHBORCARE HOME MEDICAL                  :
EQUIPMENT, LLC,                            :    Case No. 13-10806 (PJW)
                                           :
        Debtor.                            :
                                           :
-------------------------------------------x
```

```
-----------------------------------------------x
                                               :
In re                                          :
                                               :   Chapter 11
NEUMANN'S HOME MEDICAL                          :
EQUIPMENT, INC.,                               :   Case No. 13-10807 (PJW)
                                               :
            Debtor.                            :
                                               :
-----------------------------------------------x
-----------------------------------------------x
                                               :
In re                                          :
                                               :   Chapter 11
NIGHTINGALE HOME HEALTH CARE,                   :
INC.,                                          :   Case No. 13-10808 (PJW)
                                               :
            Debtor.                            :
                                               :
-----------------------------------------------x
-----------------------------------------------x
                                               :
In re                                          :
                                               :   Chapter 11
NORTH CENTRAL WASHINGTON                        :
RESPIRATORY CARE SERVICES, INC.,               :   Case No. 13-10809 (PJW)
                                               :
            Debtor.                            :
                                               :
-----------------------------------------------x
-----------------------------------------------x
                                               :
In re                                          :
                                               :   Chapter 11
NORTHEAST MEDICAL EQUIPMENT,                    :
INC.,                                          :   Case No. 13-10810 (PJW)
                                               :
            Debtor.                            :
                                               :
-----------------------------------------------x
```

```
--------------------------------------------------------x
                                        :
In re                                   :
                                        :       Chapter 11
NORTHWEST HOME MEDICAL, INC.,           :
                                        :       Case No. 13-10811 (PJW)
              Debtor.                   :
                                        :
                                        :
--------------------------------------------------------x
--------------------------------------------------------x
                                        :
In re                                   :
                                        :       Chapter 11
OMICRON MEDICAL EQUIPMENT, INC.,        :
                                        :       Case No. 13-10812 (PJW)
              Debtor.                   :
                                        :
                                        :
--------------------------------------------------------x
--------------------------------------------------------x
                                        :
In re                                   :
                                        :       Chapter 11
OXYGEN OF OKLAHOMA, INC.,               :
                                        :       Case No. 13-10813 (PJW)
              Debtor.                   :
                                        :
                                        :
--------------------------------------------------------x
--------------------------------------------------------x
                                        :
In re                                   :
                                        :       Chapter 11
OXYGEN PLUS MEDICAL EQUIPMENT,          :
INC.,                                   :       Case No. 13-10814 (PJW)
                                        :
              Debtor.                   :
                                        :
--------------------------------------------------------x
--------------------------------------------------------x
                                        :
In re                                   :
                                        :       Chapter 11
OXYGEN PLUS, INC.,                      :
                                        :       Case No. 13-10815 (PJW)
              Debtor.                   :
                                        :
--------------------------------------------------------x
```

16

```
---------------------------------------------------x
                                                   :
In re                                              :
                                                   :    Chapter 11
OXYGEN THERAPY ASSOCIATES, INC.,                   :
                                                   :    Case No. 13-10816 (PJW)
              Debtor.                              :
                                                   :
---------------------------------------------------x
---------------------------------------------------x
                                                   :
In re                                              :
                                                   :    Chapter 11
PETERSON'S HOME CARE, INC.,                        :
                                                   :    Case No. 13-10817 (PJW)
              Debtor.                              :
                                                   :
---------------------------------------------------x
---------------------------------------------------x
                                                   :
In re                                              :
                                                   :    Chapter 11
PHI MEDICAL EQUIPMENT, INC.,                       :
                                                   :    Case No. 13-10818 (PJW)
              Debtor.                              :
                                                   :
---------------------------------------------------x
---------------------------------------------------x
                                                   :
In re                                              :
                                                   :    Chapter 11
PIONEER MEDICAL SERVICES, INC.,                    :
                                                   :    Case No. 13-10819 (PJW)
              Debtor.                              :
                                                   :
---------------------------------------------------x
---------------------------------------------------x
                                                   :
In re                                              :
                                                   :    Chapter 11
PREFERENTIAL HOME HEALTH CARE,                     :
INC.,                                              :    Case No. 13-10820 (PJW)
                                                   :
              Debtor.                              :
                                                   :
---------------------------------------------------x
```

```
------------------------------------------------x
                                                :
In re                                           :
                                                :    Chapter 11
PRINCIPAL MEDICAL EQUIPMENT, INC.,              :
                                                :    Case No. 13-10821 (PJW)
              Debtor.                           :
                                                :
------------------------------------------------x
------------------------------------------------x
                                                :
In re                                           :
                                                :    Chapter 11
PROFESSIONAL BREATHING                          :
ASSOCIATES, INC.,                               :    Case No. 13-10822 (PJW)
                                                :
              Debtor.                           :
                                                :
------------------------------------------------x
------------------------------------------------x
                                                :
In re                                           :
                                                :    Chapter 11
PROFESSIONAL RESPIRATORY HOME                   :
HEALTHCARE, INC.,                               :    Case No. 13-10823 (PJW)
                                                :
              Debtor.                           :
                                                :
------------------------------------------------x
------------------------------------------------x
                                                :
In re                                           :
                                                :    Chapter 11
PSI HEALTH CARE, INC.,                          :
                                                :    Case No. 13-10824 (PJW)
              Debtor.                           :
                                                :
------------------------------------------------x
```

```
-------------------------------------------------x
                                                 :
In re                                            :
                                                 :          Chapter 11
PULMO-DOSE, INC.,                                :
                                                 :          Case No. 13-10825 (PJW)
             Debtor.                             :
                                                 :
-------------------------------------------------x
-------------------------------------------------x
                                                 :
In re                                            :
                                                 :          Chapter 11
QUALICARE HOME MEDICAL, INC.,                    :
                                                 :          Case No. 13-10826 (PJW)
             Debtor.                             :
                                                 :
-------------------------------------------------x
-------------------------------------------------x
                                                 :
In re                                            :
                                                 :          Chapter 11
QUALITY HOME HEALTH CARE, INC.,                 :
                                                 :          Case No. 13-10827 (PJW)
             Debtor.                             :
                                                 :
-------------------------------------------------x
-------------------------------------------------x
                                                 :
In re                                            :
                                                 :          Chapter 11
R.C.P.S., INC.,                                  :
                                                 :          Case No. 13-10828 (PJW)
             Debtor.                             :
                                                 :
-------------------------------------------------x
-------------------------------------------------x
                                                 :
In re                                            :
                                                 :          Chapter 11
RCG INFORMATION SERVICES                         :
CORPORATION,                                     :          Case No. 13-10829 (PJW)
                                                 :
             Debtor.                             :
                                                 :
-------------------------------------------------x
```

19

```
-----------------------------------------------x
                                               :
In re                                          :
                                               :    Chapter 11
REGENCY MEDICAL EQUIPMENT, INC.,               :
                                               :    Case No. 13-10830 (PJW)
            Debtor.                            :
                                               :
                                               :
------------------------------------------------x
-----------------------------------------------x
                                               :
In re                                          :
                                               :    Chapter 11
RESP-A-CARE, INC.,                             :
                                               :    Case No. 13-10831 (PJW)
            Debtor.                            :
                                               :
                                               :
------------------------------------------------x
-----------------------------------------------x
                                               :
In re                                          :
                                               :    Chapter 11
RESPIRACARE MEDICAL EQUIPMENT,                 :
INC.,                                          :    Case No. 13-10832 (PJW)
                                               :
            Debtor.                            :
                                               :
                                               :
------------------------------------------------x
-----------------------------------------------x
                                               :
In re                                          :
                                               :    Chapter 11
RESPIRATORY MEDICAL EQUIPMENT OF               :
GA., INC.,                                     :    Case No. 13-10833 (PJW)
                                               :
            Debtor.                            :
                                               :
------------------------------------------------x
```

```
----------------------------------------------------x
                                                    :
In re                                               :
                                                    :   Chapter 11
RESPITECH HOME HEALTH CARE, INC.,                   :
                                                    :   Case No. 13-10834 (PJW)
                  Debtor.                           :
                                                    :
----------------------------------------------------x
----------------------------------------------------x
                                                    :
In re                                               :
                                                    :   Chapter 11
RESPONSIVE HOME HEALTH CARE, INC.,                  :
                                                    :   Case No. 13-10835 (PJW)
                  Debtor.                           :
                                                    :
----------------------------------------------------x
----------------------------------------------------x
                                                    :
In re                                               :
                                                    :   Chapter 11
RHEMA, INC.,                                        :
                                                    :   Case No. 13-10836 (PJW)
                  Debtor.                           :
                                                    :
----------------------------------------------------x
----------------------------------------------------x
                                                    :
In re                                               :
                                                    :   Chapter 11
RITT MEDICAL GROUP, INC.,                           :
                                                    :   Case No. 13-10837 (PJW)
                  Debtor.                           :
                                                    :
----------------------------------------------------x
----------------------------------------------------x
                                                    :
In re                                               :
                                                    :   Chapter 11
RN HOME CARE MEDICAL EQUIPMENT                      :
COMPANY, INC.,                                      :   Case No. 13-10838 (PJW)
                                                    :
                  Debtor.                           :
                                                    :
----------------------------------------------------x
```

21

```
-------------------------------------------------x
In re                                            :
                                                 :    Chapter 11
ROSWELL HOME MEDICAL, INC.,                       :
                                                 :    Case No. 13-10839 (PJW)
          Debtor.                                :
                                                 :
-------------------------------------------------x
-------------------------------------------------x
In re                                            :
                                                 :    Chapter 11
ROTECH EMPLOYEE BENEFITS                          :
CORPORATION,                                      :
                                                 :    Case No. 13-10840 (PJW)
          Debtor.                                :
                                                 :
-------------------------------------------------x
-------------------------------------------------x
In re                                            :
                                                 :    Chapter 11
ROTECH HOME MEDICAL CARE, INC.,                   :
                                                 :    Case No. 13-10841 (PJW)
          Debtor.                                :
                                                 :
-------------------------------------------------x
-------------------------------------------------x
In re                                            :
                                                 :    Chapter 11
ROTECH OXYGEN AND MEDICAL                         :
EQUIPMENT, INC.,                                  :
                                                 :    Case No. 13-10842 (PJW)
          Debtor.                                :
                                                 :
-------------------------------------------------x
```

22

```
------------------------------------------------------x
                                                      :
In re                                                 :
                                                      :    Chapter 11
ROTH MEDICAL, INC.,                                   :
                                                      :    Case No. 13-10843 (PJW)
            Debtor.                                   :
                                                      :
------------------------------------------------------x
------------------------------------------------------x
                                                      :
In re                                                 :
                                                      :    Chapter 11
ROTHERT'S HOSPITAL EQUIPMENT,                         :
INC.,                                                 :    Case No. 13-10845 (PJW)
                                                      :
            Debtor.                                   :
                                                      :
------------------------------------------------------x
------------------------------------------------------x
                                                      :
In re                                                 :
                                                      :    Chapter 11
SAMPSON CONVALESCENT MEDICAL                          :
SUPPLY, INC.,                                         :    Case No. 13-10846 (PJW)
                                                      :
            Debtor.                                   :
                                                      :
------------------------------------------------------x
------------------------------------------------------x
                                                      :
In re                                                 :
                                                      :    Chapter 11
SELECT HOME HEALTH CARE, INC.,                        :
                                                      :    Case No. 13-10847 (PJW)
            Debtor.                                   :
                                                      :
------------------------------------------------------x
```

23

```
-----------------------------------------------------x
                                                     :
In re                                                :
                                                     :   Chapter 11
SIGMA MEDICAL EQUIPMENT, INC.,                        :
                                                     :   Case No. 13-10848 (PJW)
            Debtor.                                  :
                                                     :
-----------------------------------------------------x
-----------------------------------------------------x
                                                     :
In re                                                :
                                                     :   Chapter 11
SOUTHEASTERN HOME HEALTH, INC.,                       :
                                                     :   Case No. 13-10849 (PJW)
            Debtor.                                  :
                                                     :
-----------------------------------------------------x
-----------------------------------------------------x
                                                     :
In re                                                :
                                                     :   Chapter 11
SUN MEDICAL SUPPLY, INC.,                             :
                                                     :   Case No. 13-10850 (PJW)
            Debtor.                                  :
                                                     :
-----------------------------------------------------x
-----------------------------------------------------x
                                                     :
In re                                                :
                                                     :   Chapter 11
SUNSHINE HOME HEALTH CARE, INC.,                      :
                                                     :   Case No. 13-10851 (PJW)
            Debtor.                                  :
                                                     :
-----------------------------------------------------x
-----------------------------------------------------x
                                                     :
In re                                                :
                                                     :   Chapter 11
THE KILROY COMPANY,                                   :
                                                     :   Case No. 13-10852 (PJW)
            Debtor.                                  :
                                                     :
-----------------------------------------------------x
```

```
------------------------------------------------x
                                                :
In re                                           :
                                                :   Chapter 11
THETA HOME HEALTH CARE, INC.,                    :
                                                :   Case No. 13-10853 (PJW)
          Debtor.                               :
                                                :
------------------------------------------------x
------------------------------------------------x
                                                :
In re                                           :
                                                :   Chapter 11
TUPELO HOME HEALTH, INC.,                        :
                                                :   Case No. 13-10854 (PJW)
          Debtor.                               :
                                                :
------------------------------------------------x
------------------------------------------------x
                                                :
In re                                           :
                                                :   Chapter 11
VALLEY MEDICAL EQUIPMENT, INC.,                  :
                                                :   Case No. 13-10855 (PJW)
          Debtor.                               :
                                                :
------------------------------------------------x
------------------------------------------------x
                                                :
In re                                           :
                                                :   Chapter 11
VALUE CARE, INC.,                                :
                                                :   Case No. 13-10856 (PJW)
          Debtor.                               :
                                                :
------------------------------------------------x
------------------------------------------------x
                                                :
In re                                           :
                                                :   Chapter 11
VITALCARE HEALTH SERVICES, INC.,                 :
                                                :   Case No. 13-10857 (PJW)
          Debtor.                               :
                                                :
------------------------------------------------x
```

```
-------------------------------------------------------x
                                        :
In re                                   :
                                        :    Chapter 11
VITALCARE OF TEXAS, INC.,               :
                                        :    Case No. 13-10858 (PJW)
        Debtor.                         :
                                        :
-------------------------------------------------------x
-------------------------------------------------------x
                                        :
In re                                   :
                                        :    Chapter 11
WHITE'S MEDICAL RENTALS, INC.,          :
                                        :    Case No. 13-10859 (PJW)
        Debtor.                         :
                                        :
-------------------------------------------------------x
-------------------------------------------------------x
                                        :
In re                                   :
                                        :    Chapter 11
WICHITA MEDICAL CARE, INC.,             :
                                        :    Case No. 13-10860 (PJW)
        Debtor.                         :
                                        :
-------------------------------------------------------x
-------------------------------------------------------x
                                        :
In re                                   :
                                        :    Chapter 11
ZETA HOME HEALTH CARE, INC.,            :
                                        :    Case No. 13-10861 (PJW)
        Debtor.                         :
                                        :
-------------------------------------------------------x
```

## ORDER DIRECTING JOINT ADMINISTRATION
## OF THE DEBTORS' CHAPTER 11 CASES

Upon the motion (the "Motion"),[1] of Rotech Healthcare Inc. ("Rotech") and its

title 11 subsidiaries, as chapter 11 debtors and debtors in possession (collectively with Rotech,

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

26

the "Debtors"), for an order directing the joint administration of the Debtors' chapter 11 cases for procedural purposes only, all as more fully described in the Motion; and the Court having subject matter jurisdiction to consider the Motion and to grant the relief requested therein in accordance with 28 U.S.C. § 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and no trustee, examiner, or statutory creditors' committee having been appointed in these chapter 11 cases; and due and proper notice of the Motion having been provided as set forth in the Motion, and it appearing that no other or further notice need be provided; and a hearing having been held to consider the relief requested in the Motion (the "Hearing"); and upon the *Declaration of Steven P. Alsene in Support of the Debtor' First Day Motions and Applications*, the record of the Hearing, and all of the proceedings had before the Court; and any objections to the Motion having been withdrawn or overruled; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates and creditors, and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is granted as may be modified herein; and it is further

ORDERED that the above-captioned chapter 11 cases are consolidated, for procedural purposes only, and shall be administered jointly under Case No. 13-10741 (PJW); and it is further

ORDERED that nothing contained in this Order shall be deemed or construed as directing or otherwise effecting the substantive consolidation of any of the above-captioned cases; and it is further

ORDERED that the caption of the jointly administered cases shall read as

follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
-------------------------------------------------------------x
                                     :
In re                                :    Chapter 11
                                     :
ROTECH HEALTHCARE INC., et al.,      :    Case No. 13-10741 (PJW)
                                     :
            Debtors.¹                :    Jointly Administered
                                     :
-------------------------------------------------------------x
```

and it is further

ORDERED that a docket entry shall be made in each of the individual Debtors'

chapter 11 cases substantially as follows:

An Order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of: A-1 Medical Equipment, Inc. (4401); Abba Medical Equipment, Inc. (4117); Acadia Home Care (6177); Allied Medical Supply, Inc. (3257); Always Medical Equipment, Inc. (7512); Andy Boyd's InHome Medical, Inc., West (9187); Andy Boyd's InHome Medical/InHome Medical Inc. (4360); Anniston Health & Sickroom Supplies, Inc. (9873); Berkeley Medical Equipment, Inc. (2227); Best Care HHC Acquisition Company LLC (2125); Beta Medical Equipment, Inc. (4408); Cambria Medical Supply, Inc. (0476); Camden Medical Supply, Inc. (3186); Care Medical Supplies, Inc. (5959); Centennial Medical Equipment, Inc. (6826); Charlotte Medical Supply, Inc. (8925); Collins Rentals, Inc. (2037); Community Home Oxygen, Inc. (0456); Contour Medical Supply, Inc. (6822); Corley Home Health Care, Inc. (9882); CPO 2, Inc. (1084); Daniel Medical Systems, Inc. (7988); Distinct Home Health Care, Inc. (3941); Don Paul Respiratory Services, Inc. (7602); DuMEd, Inc. (6634); East Tennessee Infusion & Respiratory, Inc. (7561); Ellis County Home Medical Equipment, LLC (9841); Encore Home Health Care, Inc. (1477); Excel Medical of Fort Dodge, Inc. (4351); Excel

---

[1] The Debtors in these chapter 11 cases are listed in Schedule 1 to the Motion and at http://dm.epiq11.com/rotech. The address of the corporate headquarters of the Debtors and the mailing address of each of the Debtors is 2600 Technology Drive, Suite 300, Orlando, FL 32804.

Medical of Marshalltown, Inc. (6085); First Community Care of Niagara, Inc. (1366); Firstcare, Inc. (4362); Fischer Medical Equipment, Inc. (1262); Four Rivers Home Health Care, Inc. (6602); G&G Medical, Inc. (3419); Gate City Medical Equipment, Inc. (9037); Georgia Medical Resources, Inc. (4343); Gladwin Area Home Care, Inc. (0154); Hamilton Medical Equipment Service, Inc. (9500); Health Care Services of Mississippi, Incorporated (3038); Holland Medical Services, Inc. (0731); Home Care Oxygen Service, Inc. (5036); Home Medical Systems, Inc. (4523); IHS Acquisition XXVII, Inc. (8938); Integrated Health Services at Jefferson Hospital, Inc. (3408); Intensive Home Care Services, Inc. (3364); IOTA Medical Equipment, Inc. (6769); Lambda Medical Equipment, Inc. (4213); LAMS, Inc. (3169); Lovejoy Medical, Inc. (7284); Major Medical Supply, Inc. (3420); Medco Professional Services, Corp. (8104); MedCorp International, Inc. (1512); Medic-Aire Medical Equipment, Inc. (4409); Medical Electro-Therapeutics, Inc. (3806); Medicare Rental Supply, Inc. (4420); Michigan Medical Supply, Inc. (1565); National Medical Equipment Centers, Inc. (4381); NeighborCare Home Medical Equipment, LLC (4608); NeighborCare Home Medical Equipment of Maryland, LLC (7083); Neumann's Home Medical Equipment, Inc. (4719); Nightingale Home Health Care, Inc. (3784); North Central Washington Respiratory Care Services, Inc. (4195); Northeast Medical Equipment, Inc. (5262); Northwest Home Medical, Inc. (8664); OMICRON Medical Equipment, Inc. (4215); Oxygen of Oklahoma, Inc. (4965); Oxygen Plus Medical Equipment, Inc. (4115); Oxygen Plus, Inc. (3534); Oxygen Therapy Associates, Inc. (1923); Peterson's Home Care, Inc. (9765); PHI Medical Equipment, Inc. (6766); Pioneer Medical Services, Inc. (9719); Preferential Home Health Care, Inc. (5850); Principal Medical Equipment, Inc. (7513); Professional Breathing Associates, Inc. (1020); Professional Respiratory Home Healthcare, Inc. (4111); PSI Health Care, Inc. (0287); Pulmo-Dose, Inc. (8866); Qualicare Home Medical, Inc. (4849); Quality Home Health Care, Inc. (4571); R.C.P.S., Inc. (9101); RCG Information Services Corporation (3052); Regency Medical Equipment, Inc. (7515); Resp-A-Care, Inc. (6717); Respiracare Medical Equipment, Inc. (8640); Respiratory Medical Equipment of Ga., Inc. (5258); Respitech Home Health Care, Inc. (0603); Responsive Home Health Care, Inc. (2438); Rhema, Inc. (2932); Ritt Medical Group, Inc. (0564); RN Home Care Medical Equipment Company, Inc. (2598); Roswell Home Medical, Inc. (8647); Rotech Healthcare Inc. (8870); Rotech Employee Benefits Corporation (8434); Rotech Home Medical Care, Inc. (9059); RoTech Oxygen and Medical Equipment, Inc. (0889); Roth Medical, Inc. (7477); Rothert's Hospital Equipment, Inc. (0420); Sampson Convalescent Medical Supply, Inc. (0509); Select Home Health Care, Inc. (3150); Sigma Medical Equipment, Inc. (7143); Southeastern Home Health, Inc. (8645); Sun Medical Supply, Inc. (4796); Sunshine Home Health Care, Inc. (1497); The Kilroy Company (3738); Theta Home Health Care, Inc. (9824); Tupelo Home Health, Inc. (7024); Valley Medical Equipment, Inc. (7456); Value Care, Inc. (0410); VitalCare Health Services, Inc. (3938); VitalCare of Texas, Inc. (5707); White's Medical Rentals, Inc. (0401); Wichita Medical Care, Inc. (6368); Zeta Home Health Care, Inc.

(0414).  The docket in **Case No. 13-10741 (PJW)** should be consulted for all matters affecting this case,

and it is further

           ORDERED that this Court shall retain jurisdiction with respect to all matters

arising from or relating to the interpretation or implementation of this Order.

Dated: April 9, 2013
       Wilmington, Delaware

                                       _____

                                       Peter J. Walsh
                                       United States Bankruptcy Judge