# EXHIBIT A

## Eisenberg Declaration

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| *In re* | : | **Chapter 11** |
| **ROTECH HEALTHCARE INC., *et al.*,** | : | **Case No. 13-10741 (PJW)** |
| **Debtors.**[1] | : | **Jointly Administered** |

**DECLARATION OF RANDALL S. EISENBERG IN SUPPORT OF DEBTORS' APPLICATION PURSUANT TO SECTIONS 327(A) AND 328(A) OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 2014(A), AND LOCAL RULE 2014-1 FOR AUTHORIZATION TO (I) EMPLOY AND RETAIN ALIXPARTNERS, LLP AS RESTRUCTURING ADVISOR TO THE DEBTORS *NUNC PRO TUNC* TO THE COMMENCEMENT DATE**

I, Randall S. Eisenberg, make this Declaration pursuant to 28 U.S.C. §1746 and state as follows:

1. I am a Managing Director of AlixPartners, LLP ("AlixPartners"), which has a place of business at 40 West 57th Street, 29th Floor, New York, New York 10019. Except as otherwise noted, I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto.[2]

2. I submit this Declaration (the "Declaration") on behalf of AlixPartners in support of the application (the "Application") of Rotech Healthcare Inc. ("Rotech") and certain of its subsidiaries and affiliates, as debtors and debtors in possession (collectively with Rotech, the "Debtors") for an order, pursuant to sections 327(a) and 328(a) of the Bankruptcy Code for

[1] The Debtors in these chapter 11 cases are listed in Schedule 1 and at http://dm.epiq11.com/rotech. The address of the corporate headquarters of the Debtors and the mailing address of each of the Debtors is 2600 Technology Drive, Suite 300, Orlando, FL 32804.

[2] Certain disclosures herein relate to matters within the personal knowledge of other professionals at AlixPartners and are based on information provided by them.

authorization to employ and retain AlixPartners to provide advisory and consulting services (the "Restructuring Advisory Services") to the Debtors *nunc pro tunc* to the Commencement Date.[3]

**AlixPartners' Qualifications**

3. AlixPartners provides restructuring advisory services to debtors in chapter 11 cases and out-of-court restructurings. AlixPartners and its subsidiary affiliates (herein collectively, "AlixPartners") are internationally recognized restructuring and turnaround advisory and consulting firms. The Debtors are familiar with the professional standing and reputation of AlixPartners. AlixPartners has a wealth of experience in providing restructuring advisory services, and enjoys an excellent reputation for services it has rendered in a variety of large and middle market, complex chapter 11 cases on behalf of debtors and creditors throughout the United States.

4. AlixPartners' professionals have provided advice to debtors, creditors, bondholders, investors, and other entities in numerous chapter 11 cases. Since its inception in 1981, AlixPartners had provided restructuring or crisis management services in numerous bankruptcy cases, including most recently: *In re Pipeline Data Inc., et al.,* Case No. 12-13123 (KJC) (Bankr. D. Del. Dec. 17, 2012); *In re CHL, Ltd.*, Case No. 12-12437 (KJC) (Bankr. D. Del. Aug. 29, 2012); *In re Pemco World Air Services, Inc.*, Case No. 12-10799 (MFW) (Bankr. D. Del. March 5, 2012); *In re Neb. Book Co., Inc.*, Case No. 11-12005 (PJW) (Bankr. D. Del. June 27, 2011); *In re AbitibiBowater*, Case No. 09-11296 (KJC) (Bankr. D. Del. July 7, 2009); *In re Trico Marine Servs., Inc.*, Case No. 10-12653 (BLS) (Bankr. D. Del. Oct. 6, 2010); *In re U.S. Concrete, Inc.*, Case No. 10-11407 (PJW) (Bankr. D. Del. May 21, 2010); *In re Jones Stephens, Corp.*, Case No. 09-14413 (CSS) (Bankr. D. Del. January 26, 2010).

[3] Capitalized terms not otherwise defined shall have the same meaning as ascribed to them in the Application.

5. Further, as a result of the prepetition work performed on behalf of the Debtors, AlixPartners has acquired significant knowledge of the Debtors' business operations, financial affairs, debt structure, restructuring efforts, and other related matters. Likewise, in providing prepetition services to the Debtors, AlixPartners has worked closely with the Debtors' management and their other advisors. Accordingly, AlixPartners has developed relevant experience and expertise regarding the Debtors that will facilitate it in rendering effective and efficient restructuring advisory services in these chapter 11 cases.

**AlixPartners' Disinterestedness**

6. In connection with the proposed employment and retention of AlixPartners by the Debtors, AlixPartners undertook a lengthy review to determine whether it had any conflicts or other relationships that might cause it not to be disinterested or to hold or represent an interest adverse to the Debtors' estates.

7. Specifically, to check and clear potential conflicts of interest in these chapter 11 cases, AlixPartners reviewed its client relationships to determine whether it had any relationships with the entities (collectively, the "Potential Parties in Interest") listed on Schedule 1 attached hereto, which was provided to AlixPartners by the Debtors.

8. Based on that search, AlixPartners represents that, to the best of its knowledge, AlixPartners knows of no fact or situation that would represent a conflict of interest for AlixPartners with regard to the Debtors. While the disclosures below refer to AlixPartners, the conflict search was performed and results were disclosed as to AlixPartners, its parent company, AlixPartners Holdings, LLP ("AP Holdings") and each of its U.S. and non-U.S. subsidiary affiliates. Unless otherwise noted, references to AlixPartners in the disclosures below

collectively refer to AlixPartners, AP Holdings, and each of their subsidiary affiliates.

AlixPartners wishes to disclose the following:

- Funds managed by subsidiaries of CVC Capital Partners SICAV-FIS S.A. ("CVC"), a private equity and investment advisory firm, own a controlling stake in AP Holdings, the parent of AlixPartners. CVC Credit Partners, L.P. ("CVC Credit Partners") is a global debt management business and a majority owned subsidiary of CVC.

- CVC's private equity funds ("CVC Funds") and debt funds ("CVC Credit Partners' Funds") are managed independently from each other, with no overlap in membership of the relevant investment committees or boards of entities with responsibility for investment decisions. CVC has in place an internal information barrier between the CVC Funds and the CVC Credit Partners' Funds. All CVC Credit Partners investment professionals are dedicated to CVC Credit Partners and are not involved in the private equity business. CVC Credit Partners also has separate IT systems and workspaces.

- No material nonpublic information about the Debtors has been furnished by AlixPartners to CVC or any CVC managed funds or their portfolio companies, including without limitation, CVC Credit Partners (collectively, the "CVC Entities") and AlixPartners will continue to abide by its confidentiality obligations to the Debtors. AlixPartners operates independently of the CVC Entities, and does not share employees or officers with the CVC Entities, except that a managing partner of CVC is on the Board of Directors of AlixPartners, LLP and AP Holdings and on the advisory board to CVC Credit Partners. Certain other CVC executives, who are not connected with CVC Credit Partners, are also on either the Board of Directors of AlixPartners or the Board of Directors of AP Holdings. AlixPartners and the CVC Entities have separate offices in separate buildings and use separate Internet email addresses. AlixPartners' financial performance is not directly impacted by the success or failure of the CVC Entities.

- As a component of its conflict checking system, AlixPartners has searched the names of CVC, CVC Credit Partners, the CVC Credit Partners' Funds, the CVC Funds, each managing partner of CVC and each portfolio company of the CVC Funds (the "CVC Conflict Parties") against the list of Potential Parties in Interest, and AlixPartners has determined to the best of its knowledge it has no connection or relationship with the CVC Conflict Parties that requires disclosure other than as noted herein. The term "portfolio company" means any business in which a CVC fund has a direct controlling or minority interest. The term "portfolio company" does not include indirect investments such as businesses owned or investments made by a CVC Funds portfolio company or investments made by the CVC Credit Partners' Funds. CVC Credit Partners Funds, as well as other CVC Entities, may in the ordinary course from time to time hold, control and/or manage loans to, or investments in the Debtors and parties in interest in these cases. Further, the CVC Entities may have had, currently have or may in the future have business relationships or connections with the Debtors or other Potential Parties in Interest in matters related to or unrelated to the Debtors or their affiliates or these chapter 11 cases. Furthermore, AlixPartners has provided to CVC the list of Debtors and has

performed appropriate checks to determine if there exists any material connection or relationship between the CVC Conflict Parties and the Debtors. AlixPartners will supplement this disclosure if it obtains information regarding any such connection. Other than as specifically noted herein, AlixPartners has not undertaken to determine the existence, nature and/or full scope of any business relationships or connections that the CVC Entities may have with the Potential Parties in Interest, the Debtors and their affiliates or these chapter 11 cases.

- Certain of the CVC Credit Partners' Funds act as lenders to AP. Further, AP may have had, currently has or may in the future have other business relationships with, among other entities, portfolio companies or managed funds of CVC in matters unrelated to the Debtors or their affiliates in these chapter 11 cases. Based on, among other things, the business separation between the CVC Funds and the CVC Credit Partners' Funds, the business separation between the CVC Entities and AlixPartners, and the confidentiality obligations referred to above, AlixPartners believes that with respect to CVC Funds and the CVC Credit Partners Funds, it does not hold or represent an interest adverse to the estate with respect to the engagement.

- Certain of the parties in interest may have extended credit or provided services, or may in the future extend credit or provide services to AlixPartners.

- There is one confidential client of AlixPartners that is a vendor to the Debtors. The confidential client is a current and former AlixPartners' client in matters unrelated to the Debtors.

- AlixPartners has relationships with certain departments of the United States government, including, without limitation, the Internal Revenue Service ("IRS"), who is a creditor, adverse party, and vendor to current and former AlixPartners' clients in matters unrelated to the Debtors. The IRS is the previous employer of current AlixPartners' employees. The Department of Justice ("DOJ") is a current and former client of AlixPartners in matters unrelated to the Debtors. The DOJ has also been an adverse party and customer to current and former AlixPartners' clients in matters unrelated to the Debtors. In addition, the United States SEC, the United States Department of Labor, the FDIC, the FHFA and the US Attorneys' Office are current or former clients of AlixPartners in matters unrelated to the Debtors.

- ACE American Insurance Co., an insurance provider and vendor to the Debtors, is a vendor to AlixPartners.

- ADP Inc., ("ADP"), a vendor to the Debtors, is a bondholder and vendor to current and former AlixPartners' clients in matters unrelated to the Debtors. ADP is a vendor to AlixPartners.

- Aetna Life Insurance Company ("Aetna"), a vendor to the Debtors, and affiliates, are lenders, executory contract counterparties and bondholders to current and former AlixPartners' clients in matters unrelated to the Debtor. Aetna is the previous employer of a current AlixPartners' employee.

- Allianz Global Investors US, LLC, a lienholder to the Debtors, is affiliated with an entity that is a current AlixPartners' client in matters unrelated to the Debtors.

- Alvarez & Marsal, a professional in interest in this bankruptcy matter, is the previous employer of current AlixPartners' employees. Alvarez & Marsal is a professional in interest to current and former AlixPartners' clients in matters unrelated to the Debtors.

- AON Risk Services, a vendor to the Debtors, is affiliated with an entity that is a vendor to AlixPartners. AON is a current and former AlixPartners' client in matters unrelated to the Debtors.

- Aspen, an insurance provider to the Debtors, is an insurance provider to AlixPartners.

- AT&T, a utility provider to the Debtors, is affiliated with entities that are creditors, executory contract counterparties, vendors, lenders and shareholders to current and former AlixPartners' clients in matters unrelated to the Debtors. An affiliate of AT&T is a former AlixPartners' client in matters unrelated to the Debtors. AT&T is a vendor to AlixPartners.

- Axis Insurance Company, an insurance provider to the Debtors, is affiliated with entities that are executory contract counterparties, lessors, insurers and director affiliated companies to current and former AlixPartners' clients in matters unrelated to the Debtors. Axis Insurance Company is a co-party to a current AlixPartners' client in matters unrelated to the Debtors.

- Bank of New York Mellon ("BNY"), an indenture trustee and vendor to the Debtors, is a lender, bondholder, significant shareholder, creditor, litigation party, co-defendant and indenture trustee to current and former AlixPartners' clients in matters unrelated to the Debtors. BNY affiliated entities are current and former AlixPartners' clients in matters unrelated to the Debtor. BNY is the previous employer of a current AlixPartners' employee.

- Barclays, a professional in interest in this bankruptcy matter, is affiliated with entities that are creditors, significant shareholders, adverse parties, lenders and bondholders to current and former AlixPartners' clients in matters unrelated to the Debtors. Barclays is a vendor to AlixPartners and is a co-client to a current AlixPartners' client in matters unrelated to the Debtors. Barclays is a current AlixPartners' client in matters unrelated to the Debtors. Barclays is the previous employer of a current AlixPartners' employee.

- Chartis, an insurance provider to the Debtors, is an insurance provider to current AlixPartners' clients in matters unrelated to the Debtors. Chartis is an insurance provider to AlixPartners.

- Cigna, a vendor to the Debtors, and affiliated entities are adverse parties, insurance providers and bondholders to current and former AlixPartners' clients in matters unrelated to the Debtors. Cigna is a former AlixPartners' client and a vendor to AlixPartners, all in matters unrelated to the Debtors.

- Cintas Corp., a vendor to the Debtors, is the previous employer of a current AlixPartners' employee.

- Cisco Systems Capital ("Cisco Systems"), a vendor provider to the Debtors, is a lender, adverse party and creditor to current and former AlixPartners' clients in matters unrelated to the Debtors. Cisco Systems is a vendor to AlixPartners.

- Comcast, a utility provider to the Debtors, is a co-defendant, customer, litigation party and vendor to current and former AlixPartners' clients in matters unrelated to the Debtors. Comcast is the previous employer of a current AlixPartners' employee. Comcast is a vendor to AlixPartners.

- Continental Casualty Company ("Continental"), an insurance provider to the Debtors, is affiliated with an entity that is a former AlixPartners' client in matters unrelated to the Debtors. Continental is an insurance provider to AlixPartners.

- Credit Suisse AG and Credit Suisse Securities (USA) LLC ("CS"), lenders and indenture trustees to the Debtors, are affiliated with an entity that is a current and former AlixPartners' client in matters unrelated to the Debtors. Other CS affiliated entities are lenders, creditors, bondholders, shareholders, limited partners and professionals in interest to current and former AlixPartners' clients in matters unrelated to the Debtors. CS is the previous employer of a current AlixPartners' employee.

- Deloitte and Touche, LLP ("Deloitte"), a professional in interest in this bankruptcy matter and a vendor to the Debtors, is a vendor to AlixPartners, as well as professionals in interest to current and former AlixPartners' clients in matters unrelated to the Debtors. Deloitte is a former client of AlixPartners in matters unrelated to the Debtors. Additionally, Deloitte affiliated entities previously employed several current AlixPartners' employees.

- Deutsche Bank AG, a significant shareholder to the Debtors, is affiliated with entities that are shareholders, lenders, adverse parties, indenture trustees, creditors, limited partners and professionals in interest to current and former AlixPartners' clients in matters unrelated to the Debtors. Deutsche Bank AG is a current AlixPartners' client in matters unrelated to the Debtors.

- DTE Energy, ("DTE"), a utility provider to the Debtors, is the previous employer of a current AlixPartners' employee. DTE is a material contract party, vendor and creditor to current and former AlixPartners' clients in matters unrelated to the Debtors. DTE is a vendor to AlixPartners.

- Duke Energy, a utility provider to the Debtors, is a creditor, director affiliated company, strategic alliance party and executory contract counterparty to current and former AlixPartners' clients in matters unrelated to the Debtors.

- Entergy, a utility provider to the Debtors, is a former AlixPartners' client in matters unrelated to the Debtors.

- EPIQ Bankruptcy Solutions LLC, a professional in interest in this bankruptcy matter, is a professional in interest to current and former AlixPartners' clients in matters unrelated to the Debtors.

- Essex Industries, a vendor to the Debtors, is a former AlixPartners' client in matters unrelated to the Debtors.

- Express Scripts / Value RX, a vendor to the Debtors, is a former AlixPartners' client in matters unrelated to the Debtors.

- Fidelity Management & Research ("Fidelity"), a lienholder to the Debtors, is affiliated with an entity that is a vendor to AlixPartners. In addition, Fidelity and affiliated entities are also lenders, lessors, adverse parties, director affiliated companies, executory contract counterparties, customers, lessees, bondholders and shareholders to current and former AlixPartners' clients in matters unrelated to the Debtors. Fidelity is a former AlixPartners' client in matters unrelated to the Debtors.

- Florida Power & Light, a vendor of the Debtors, is a related party and vendor to current AlixPartners' and/or APS' clients in matters unrelated to the Debtor.

- Foley & Lardner, a professional in interest in this bankruptcy matter, is a professional in interest and opposing counsel to current and former AlixPartners' clients in matters unrelated to the Debtors. Foley & Lardner is a current and former AlixPartners' client. In addition, Foley & Lardner provides legal services to AlixPartners in matters unrelated to the Debtors. Foley & Lardner is previous employer to a current AlixPartners' employee.

- FPL, a utility provider to the Debtors, is affiliated with an entity that is a former AlixPartners' client in matters unrelated to the Debtors.

- Great Northern Insurance Company (Chubb), an insurance provider to the Debtors, is affiliated with entities that are vendors to AlixPartners and adverse parties, lenders, insurance providers and executory contract counterparties to current and former AlixPartners' clients in matters unrelated to the Debtors. An affiliate, Chubb, is a former AlixPartners' client in matters unrelated to the Debtors.

- Greenberg Traurig, a professional in interest in this bankruptcy matter, is a professional in interest, opposing counsel and vendor to current and former AlixPartners' clients in matters unrelated to the Debtors. Greenberg Traurig is a current and former AlixPartners' client in matters unrelated to the Debtors.

- Houlihan Lokey Capital ("Houlihan"), a professional in interest in this bankruptcy matter, is a professional in interest and investment banker to current and former AlixPartners' clients in matters unrelated to the Debtors. Houlihan is an affiliate of a former AlixPartners' client in matters unrelated to the Debtors.

- IBM Corporation, a vendor to the Debtors, is a lender, joint venture party, vendor, adverse party, and creditor to current and former AlixPartners' clients in matters unrelated to the Debtors. IBM is a current and former AlixPartners' client in matters unrelated to the Debtors. IBM is the previous employer of current AlixPartners' employees.

- Iron Mountain, a vendor to the Debtors, is a vendor, creditor and professional in interest to current and former AlixPartners' clients in matters unrelated to the Debtors. Iron Mountain is vendor to AlixPartners.

- Ironshore, an insurance provider to the Debtors, is a former AlixPartners' client in matters unrelated to the Debtors. Ironshore is a co-defendant to a current AlixPartners' client in matters unrelated to the Debtors. Ironshore is an insurance provider to AlixPartners.

- Jefferies & Company, Jefferies Finance LLC and Jefferies Group ("Jefferies"), indenture trustees, lenders and significant shareholders to the Debtors, are affiliated with an entity that is a bondholder and professional in interest to current and former AlixPartners' clients in matters unrelated to the Debtors. Jefferies & Company is a former AlixPartners' client in matters unrelated to the Debtors. Jefferies & Company is the previous employer of a current AlixPartners' employee.

- Latham & Watkins LLP, a professional in interest in this bankruptcy matter and a vendor to the Debtors, is legal counsel, opposing counsel and professional in interest to current and former AlixPartners' clients in matters unrelated to the Debtors. Latham & Watkins is a current and former AlixPartners' client in matters unrelated to the Debtors.

- Mylan Pharmaceuticals Inc., a vendor to the Debtors, is a former AlixPartners' client in matters unrelated to the Debtors.

- Nomura Corporate Research & Asset Management ("Nomura"), a lienholder to the Debtors, is affiliated with entities that are lenders, creditors and bondholders to current and former AlixPartners' clients in matters unrelated to the Debtors. An affiliate, Nomura Holdings, is a former AlixPartners' client in matters unrelated to the Debtors. Nomura Holdings is the previous employer of a current AlixPartners' employee.

- Pension Benefit Guaranty Corporation, a taxing authority to the Debtors, is a creditor, vendor, adverse party, and significant shareholder to current and former AlixPartners' clients in matters unrelated to the Debtors.

- Proskauer Rose, LLP, a professional in interest in this bankruptcy matter, is a current and former AlixPartners' client in matters unrelated to the Debtors.

- Regions Bank, a vendor to the Debtors, is a former AlixPartners' client in matters unrelated to the Debtors. Regions Bank is a lender, creditor and vendor to current and former AlixPartners' clients in matters unrelated to the Debtors.

- Silver Point Capital and Silver Point Finance are lienholders and lenders to the Debtors. Silver Point Capital is a former AlixPartners' client in matters unrelated to the Debtors. Silver Point Capital is a lender and creditor to current and former AlixPartners' clients in matters unrelated to the Debtors. Silver Point Capital was a member of the Unofficial Ad-Hoc Bondholders Committee to a former AlixPartners' client in matters unrelated to the Debtors.

- SPCP Group, a lender to the Debtors, is affiliated with an entity that is a former AlixPartners' client in matters unrelated to the Debtors.

- Sunovion Pharmaceuticals Inc., a vendor to the Debtors, is a former AlixPartners' client in matters unrelated to the Debtors.

- Texas Attorney General's Office, a taxing authority to the Debtors, is a former AlixPartners' client in matters s unrelated to the Debtors.

- Travelers Casualty and Surety Company of America ("Travelers"), an insurance provider to the Debtors, is affiliated with entities that are creditors, insurance providers, bondholders, executory contract counterparties and adverse parties to current and former AlixPartners' clients in matters unrelated to the Debtors. Travelers is a vendor to AlixPartners.

- United Parcel Service ("UPS"), a vendor to the Debtor, is a vendor and executory contract counterparty to current and former AlixPartners' clients in matters unrelated to the Debtors. UPS is a vendor to AlixPartners.

- Verizon, a utility provider and vendor to the Debtors, is a former AlixPartners' client in matters unrelated to the Debtors. Other Verizon affiliated entities are creditors, executory contract counterparties and vendors to current and former AlixPartners' clients in matters unrelated to the Debtors. Verizon is a vendor to AlixPartners.

- XL Specialty Insurance, an insurance provider to the Debtors, is affiliated with entities that are former AlixPartners' clients in matters unrelated to the Debtors. Affiliated entities are executory contract counterparties and co-defendants to current and former AlixPartners' clients in matters unrelated to the Debtors.

- Zurich, an insurance provider to the Debtors, is a creditor, vendor, executory contract counterparty and adverse party to current and former AlixPartners' clients in matters unrelated to the Debtors. Zurich is a former AlixPartners' client and a vendor to AlixPartners in matters unrelated to the Debtors. Zurich is an insurance provider to AlixPartners.

9. AlixPartners and its affiliates are advisors and crisis managers providing services and advice in many areas, including restructuring and distressed debt. As part of its diverse practice, AlixPartners appears in numerous cases, proceedings, and transactions

involving many different attorneys, accountants, investment bankers, and financial consultants, some of whom may represent claimants and parties in interest in these chapter 11 cases. Further, AlixPartners has in the past, and may in the future, be represented by several attorneys and law firms, some of whom may be involved in these chapter 11 cases. In addition, AlixPartners has been in the past, and likely will be in the future, engaged in matters unrelated to the Debtors or these chapter 11 cases in which it works with or against other professionals involved in these cases. Moreover, from time to time, AlixPartners may have referred work to other professionals to be retained in these chapter 11 cases. Likewise, certain such professionals may have referred work to AlixPartners. To the best of my knowledge, information, and belief, insofar as I have been able to ascertain after reasonable inquiry, none of these business relations constitute interests adverse to the Debtors.

10. To the best of my knowledge, information and belief, insofar as I have been able to ascertain after reasonable inquiry, neither I nor any members of the AlixPartners' engagement team: (a) have any connection with the United States Trustee for the District of Delaware (the "U.S. Trustee"), or (b) are related or connected to any United States Bankruptcy Judge for the District of Delaware, any of the District Judges for the District of Delaware who handle bankruptcy cases, the U.S. Trustee.

11. To the best of my knowledge, none of the members of the engagement team, AP Holdings, AlixPartners or their subsidiaries is a direct holder of any of the Debtors' securities. It is possible that members of the engagement team or certain of AlixPartners' employees, managing directors, board members, equity holders, or an affiliate of any of the foregoing, may own interests in mutual funds or other investment vehicles (including various types of private funds) that own the Debtors' or other parties in interest's debt or equity

securities or other financial instruments. Typically, the holders of such interests have no control over investment decisions related to such investment funds or financial instruments. AlixPartners' policy prohibits its employees from personally trading in the Debtors' securities.

12. To the best of my knowledge, information, and belief, insofar as I have been able to ascertain after reasonable inquiry, AlixPartners is a "disinterested person" as such term is defined in section 101(14) of the Bankruptcy Code, in that AlixPartners and its professional personnel (a) are not creditors, equity security holders, or insiders of the Debtors, (b) are not and were not, within two years before the date of filing of the Debtors' chapter 11 cases, directors, officers, or employees of the Debtors, and (c) do not have an interest materially adverse to the interests of the Debtors' estates or any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors.

13. To the best of my knowledge, information, and belief, insofar as I have been able to ascertain after reasonable inquiry, AlixPartners has not been retained to assist any entity or person other than the Debtors on matters relating to, or in direct connection with, these chapter 11 cases. AlixPartners will continue to provide professional services to entities that may be creditors or equity security holders of the Debtors or other parties in interest adverse to the Debtors in these chapter 11 cases, provided that such services do not relate to, or have any direct connection with, these chapter 11 cases or the Debtors.

14. AlixPartners reserves the right to supplement this Declaration in the event that AlixPartners discovers any facts bearing on matters described in this Declaration regarding AlixPartners' employment by the Debtors.

15. Despite the efforts described above to identify and disclose the connections that AlixPartners and its affiliates have with parties in interest in these chapter 11

cases, because the Debtors are a large enterprise with numerous creditors and other relationships, AlixPartners is unable to state with certainty that every client relationship or other connection has been disclosed. In this regard, if AlixPartners discovers additional information that requires disclosure, AlixPartners will promptly file a supplemental declaration with the Court.

16. According to AlixPartners' books and records, during the ninety day period prior to the Debtors' petition date, AlixPartners received approximately $621,807 from the Debtors for professional services performed and expenses incurred. Further, AlixPartners' current estimate is that it has received unapplied advance payments from the Debtors in excess of pre-petition billings in the amount of $200,000. The Debtors and AlixPartners have agreed that any portion of the advance payments used to compensate AlixPartners for its pre-petition services and expenses will be held and applied against its final post-petition billing and will not be placed in a separate account.

17. In accordance with section 504 of the Bankruptcy Code and Bankruptcy Rule 2016, neither I nor AlixPartners has entered into any agreements, express or implied, with any other party in interest, including the Debtors, any creditor, or any attorney for such party in interest in these chapter 11 cases (a) for the purpose of sharing or fixing fees or other compensation to be paid to any such party in interest or its attorneys for services rendered in connection therewith, (b) for payment of such compensation from the assets of the estates in excess of the compensation allowed by the Court pursuant to the applicable provisions of the Bankruptcy Code, or (c) for payment of compensation in connection with these chapter 11 cases other than in accordance with the applicable provisions of the Bankruptcy Code. If any such agreement is entered into, AlixPartners undertakes to amend and supplement this declaration to disclose the terms of any such agreement.

18. No promises have been received by AlixPartners, or by any employee thereof, as to compensation in connection with these chapter 11 cases other than in accordance with the provisions of the Bankruptcy Code.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that to the best of my knowledge, and after reasonable inquiry, the foregoing is true and correct.

Executed this April 16, 2013.

By: /s/ *Randall S. Eisenberg*
Name: Randall S. Eisenberg
Title: Managing Director

**Schedule 1**

**DEBTOR ENTITIES**

1ST CHOICE HOME MEDICAL
A-1 MEDICAL EQUIPMENT, INC.
AAA MEDICAL & OXYGEN SUPPLY
ABBA MEDICAL EQUIPMENT, INC.
ABC MEDICAL SUPPLY
ACADIA HOME CARE
ACTIVE CARE
ALABAMA MEDICAL
ALL CARE RESPIRATORY SERVICES
ALLIED MEDICAL SUPPLY, INC.
ALOHA RESPIRATORY SERVICES
ALWAYS MEDICAL EQUIPMENT, INC.
A-MED SUPPLY
AMERICAN HEALTH SERVICES
AMERICAN OXYGEN HOME CARE
AMERICAN RESPIRATORY
ANDY BOYD'S INHOME MEDICAL, INC.
ANNISTON HEALTH & SICKROOM SUPPLIES, INC.
A-PLUS MEDICAL EQUIPMENT
ARROWHEALTH MEDICAL SUPPLY
ATLANTIC HOMECARE
BARNETT MEDICAL SUPPLY
BAUMANN'S HOME MEDICAL AND RESPIRATORY
BAXTER MEDICAL EQUIPMENT
BERKELEY MEDICAL EQUIPMENT, INC.
BEST CARE HHC ACQUISITION COMPANY LLC
BETA MEDICAL EQUIPMENT, INC.
BRIGHTON OXYGEN & HOME MEDICAL SUPPLY
BURKE HOME MEDICAL
CALCARE MEDICAL
CAMDEN MEDICAL SUPPLY
CARE MEDICAL SUPPLIES
CARECORE MEDICAL
CAREMED
CAREMOR HEALTH SERVICES
CAREMOR MEDICAL SERVICES
CENTENNIAL MEDICAL EQUIPMENT, INC.
CERTIFIED MEDICAL ASSOCIATES
CHARLOTTE MEDICAL SUPPLY
CLEARFIELD BILLING CENTER
COLLINS RENTALS
COLLINS RENTALS, INC.

COMMUNITY HEALTHCARE
COMMUNITY HOME OXYGEN, INC.
CONTOUR MEDICAL SUPPLY, INC.
CORLEY HOME HEALTH CARE
CPO 2, INC.
DANIEL MEDICAL SYSTEMS, INC.
DISTINCT HOME HEALTH CARE, INC.
DON PAUL RESPIRATORY SERVICES
DUMED HOME HEALTH CARE
DUMED, INC.
EAST TENNESSEE INFUSION & RESPIRATORY, INC.
ELLIS COUNTY HOME MEDICAL EQUIPMENT
ENCORE HOME HEALTH CARE, INC.
EXCEL MEDICAL
EXCEL MEDICAL OF FORT DODGE, INC.
EXCEL MEDICAL OF MARSHALLTOWN
FAMILY HOME CARE
FAMILY MEDICAL EQUIPMENT
FIRST CARE
FIRST CHOICE MEDICAL
FIRST COMMUNITY CARE
FIRST COMMUNITY CARE OF NIAGARA, INC.
FIRSTCARE, INC.
FISCHER MEDICAL EQUIPMENT, INC.
FLORIDA MEDICAL EQUIPMENT SERVICES
FOUR RIVERS HOME CARE EQUIPMENT
FOUR RIVERS HOME HEALTH CARE, INC.
FOX HOME MEDICAL
G&G MEDICAL
GATE CITY MEDICAL EQUIPMENT, INC.
GEORGIA EXTENDED MEDICAL
GEORGIA MED-CARE
GEORGIA MEDICAL RESOURCES
GIBSON MEDICAL EQUIPMENT
GLADWIN AREA HOME CARE, INC.
GREAT LAKES HOME MEDICAL
HAMILTON MEDICAL EQUIPMENT
HEALTH & MEDICATIONS AT HOME
HEALTH AT HOME
HEALTH CARE SERVICES OF MISSISSIPPI, INCORPORATED
HEALTH STAR
HEALTHCARE SERVICES OF MS
HEALTH-MED
HEALTH-WAY MEDICAL SUPPLY
HEARTLAND HOME HEALTH CARE
HIGH POINT MEDICAL SUPPLY

HIGHLAND'S HOME HEALTH CARE
HILL-ROUSE HOME MEDICAL EQUIPMENT

**DEBTOR ENTITY DBA**

HOLLAND MEDICAL
HOLLAND MEDICAL EQUIPMENT
HOLLAND MEDICAL SERVICES
HOME CARE MEDICAL EQUIPMENT
HOME CARE MEDICAL SERVICES
HOME CARE OXYGEN & MEDICAL EQUIPMENT
HOME CARE OXYGEN SERVICE, INC.
HOME MEDICAL SERVICES
HOME MEDICAL SERVICES OF OKMULGEE
HOME MEDICAL SERVICES OF PURCELL
HOME MEDICAL SYSTEMS
HOMECARE HELPING HAND
HOMECARE MEDICAL EQUIPMENT
HOMECARE MEDICAL SUPPLY
HOMETOWN OXYGEN
HOOK'S HOME CARE / OXYTEC
HOOK'S OXYGEN & MEDICAL EQUIPMENT
HSM MEDICAL
IDABEL MEDICAL RENTAL
IDEAL HOME MEDICAL
IHS ACQUISITION XXVII, INC.
INTEGRATED HEALTH SERVICES AT JEFFERSON HOSPITAL, INC.
INTENSIVE HOME CARE SERVICES, INC.
IOTA MEDICAL EQUIPMENT, INC.
IRONWOOD MEDICAL SUPPLY & OXYGEN
IVR HOME HEALTH EQUIPMENT
KELLEY'S HOME HEALTH SERVICES
KOLOB OXYGEN & MEDICAL EQUIPMENT
LAMBDA MEDICAL EQUIPMENT, INC.
LAMS, INC.
LANZA RESPIRATORY SERVICES & HOME MEDICAL EQUIPMENT
LAUREL MOUNTAIN MEDICAL
LONG'S OXYGEN & MEDICAL EQUIPMENT
LONGVIEW HOME MEDICAL EQUIPMENT
LOVEJOY MEDICAL
LOVEJOY REHAB EQUIPMENT
MAJOR MEDICAL SUPPLY, INC.
MARSHALLS HOME MEDICAL EQUIPMENT & RESPIRATORY
MEDAIDS
MED-AIR TRANSFILL
MEDCO PROFESSIONAL SERVICES, CORP.

MEDCORP INTERNATIONAL, INC.
MEDEQUIP SERVICES
MEDIC-AIRE MEDICAL EQUIPMENT
MEDICAL ELECTRO-THERAPEUTICS, INC.
MEDICAL EQUIPMENT PROFESSIONALS
MEDICARE RENTAL SUPPLY, INC.
MED-SERVICES INTERNATIONAL
MEDSOURCE
MEDWEST MEDICAL SUPPLY
MICHIGAN MEDICAL SUPPLY
MIDLAND MEDICAL
MIDLAND OXYGEN & MEDICAL SUPPLY
MONROE HOME MEDICAL
MOORE MEDICAL SERVICE
MOUNTAIN RESPIRATORY
NATIONAL HOME RESPIRATORY CARE
NATIONAL MEDICAL EQUIPMENT CENTER
NATIONAL THERAPEUTICS SERVICES
NCW RESPIRATORY CARE
NEIGHBORCARE AT HOME
NEIGHBORCARE HOME MEDICAL EQUIPMENT
NEIGHBORCARE HOME MEDICAL EQUIPMENT OF MARYLAND, LLC
NEUMANN’S HOME MEDICAL EQUIPMENT, INC.
NIGHTINGALE HOME HEALTH CARE, INC.
NKR
NORCARE MEDICAL
NORTH ARKANSAS HOME CARE
NORTH CENTRAL WASHINGTON RESPIRATORY CARE SERVICES, INC.
NORTH COUNTRY MEDICAL
NORTHEAST MEDICAL EQUIPMENT, INC.
NORTHERN KENTUCKY RESPIRATORY
NORTHWEST HOME MEDICAL
NORTHWEST HOME MEDICAL, INC.
NUTMEG RESPIRATORY HOMECARE SERVICES
OHIO OXYGEN & HEALTH CARE
OIL VALLEY MEDICAL
OMICRON MEDICAL EQUIPMENT, INC.
ORION HOME HEALTH
OXYCARE OF TENNESSEE
OXYGEN OF OKLAHOMA
OXYGEN PLUS
OXYGEN PLUS MEDICAL EQUIPMENT, INC.
OXYGEN PLUS, INC.
OXYGEN THERAPY ASSOCIATES
PATIENT RENTAL NEEDS
PATIENT'S CHOICE MEDICAL SERVICES

PETERSON'S HOME CARE
PFEIFFER MEDICAL EQUIPMENT
PHI MEDICAL EQUIPMENT, INC.
PICKENS MEDICAL SUPPLY
PIONEER MEDICAL SERVICES
PLATEAU MEDICAL EQUIPMENT
PREFERENTIAL HOME HEALTH CARE, INC.
PREFERRED MEDICAL EQUIPMENT
PREFERRED MEDICAL SERVICES
PREMIER MEDICAL
PRINCIPAL MEDICAL EQUIPMENT, INC.
PROFESSIONAL BREATHING ASSOCIATES
PROFESSIONAL RESPIRATORY HOME HEALTHCARE, INC.
PROVIDE MEDICAL
PSI HEALTH CARE
PULMO DOSE COLLECTIONS CENTER
PULMO-DOSE PATIENT SERVICE CENTER
PULMO-DOSE PHARMACY
PULMO-DOSE, INC.
PULMONARY HOMECARE
QUALICARE HOME MEDICAL
QUALITY HOME HEALTH CARE, INC.
QUEST HEALTH CARE
R.C.P.S., INC.
RCG INFORMATION SERVICES CORPORATION
REGENCY MEDICAL EQUIPMENT
REGIONAL MEDICAL SUPPLY
RESP-A-CARE
RESPIRACARE MEDICAL EQUIPMENT, INC.
RESPIRATORY HOME CARE
RESPIRATORY MEDICAL EQUIPMENT OF GA., INC.
RESPITECH HOME HEALTH CARE, INC.
RESPONSIVE HOME HEALTH CARE, INC.
RHEMA MEDICAL
RHEMA, INC.
RICHARDS MEDICAL
RITT MEDICAL GROUP, INC.
RJR MEDICAL
RN HOME CARE MEDICAL EQUIPMENT COMPANY, INC.
RN HOMECARE MEDICAL EQUIPMENT
ROME BILLING
ROSWELL HOME MEDICAL
ROTECH
ROTECH EMPLOYEE BENEFITS CORPORATION
ROTECH HEALTHCARE INC.
ROTECH HOME MEDICAL CARE, INC.

ROTECH OXYGEN & MEDICAL EQUIPMENT
ROTECH REGIONAL BILLING CENTER
ROTECH SYSTEMS GROUP
ROTECH VETERAN SERVICES
ROTH MEDICAL, INC.
ROTHERT'S HOSPITAL EQUIPMENT, INC.
SAMARITAN HOME MEDICAL EQUIPMENT
SAMPSON CONVALESCENT MEDICAL SUPPLY, INC.
SELECT HOME HEALTH CARE, INC.
SENTRY HOME HEALTH
SHELL MEDICAL EQUIPMENT
SIGMA MEDICAL EQUIPMENT, INC.
SLEEP CENTRAL
SOUTHEASTERN HOME HEALTH, INC.
SOUTHERN HOME RESPIRATORY
SOUTHERN MEDICAL
SOUTHERN MEDICAL EQUIPMENT
SPECIALTY HOME MED
STAT MEDICAL EQUIPMENT
SUMMIT RESPIRATORY
SUMMIT RESPIRATORY OF DENVER
SUMMIT RESPIRATORY SERVICES
SUN MEDICAL SUPPLY, INC.
SUNSHINE HOME HEALTH CARE, INC.
TAYLOR HOME HEALTH SUPPLY
TAYLOR MEDICAL SUPPLY
TEXSTAR MEDICAL EQUIPMENT
THE KILROY COMPANY
THE MEDICAL SHOP
THE OXYGEN STORE
THETA HOME HEALTH CARE, INC.
TIMMERMAN OXYGEN & MEDICAL EQUIPMENT
TUPELO HOME HEALTH, INC.
VA BCC
VALLEY HOME MEDICAL
VALLEY MEDICAL EQUIPMENT, INC.
VALLEY OXYGEN & MEDICAL EQUIPMENT
VALUE CARE, INC.
VILLAGE HOME MEDICAL
VITAL AIR MEDICAL
VITALCARE
VITALCARE HEALTH SERVICES
VITALCARE HEALTH SERVICES, INC.
VITALCARE OF TEXAS, INC.
WALKER'S HOME HEALTH CARE
WHIDBEY HOME MEDICAL

WHITE'S MEDICAL RENTALS
WHITE'S MEDICAL RENTALS, INC.
WICHITA MEDICAL CARE, INC.
ZETA HOME HEALTH CARE, INC.

**OFFICERS AND DIRECTORS**

ARTHUR J. REIMERS
ARTHUR SIEGEL
DAVID MEADOR
DON GUENETTE
EDWARD L. KUNTZ
JAMES H. BLOEM
JASON B. MUDRICK
JON SULLIVAN
MICHAEL R. DOBBS
NATHANIEL A. GREGORY
PHILIP L. CARTER
REBECCA L. MYERS
ROBIN MENCHEN
STEVEN P. ALSENE

**DIRECTOR AFFILIATED COMPANY**

CONTRARIAN CAPITAL MANAGEMENT, LLC

**LANDLORDS**

3JG TRUST
BAYMEAD
BK CATO
BLACKACRE
BOB MILLS
CHICHESTER
CLAIRE ROSS
COMPTON DANDO
DEE FIGLIOLIA
DOWNTOWN MALL
EMERSON INDUSTRIAL
GEORGE MCGUFFIN
GEORGE SMITH
INDUSTRY ONE
JOHN FLEEMAN
KENNETH ROSS
KEVIN CATO
MAS COMPANIES

PALSCHER
PARKLINES
RAYMOND MANAGEMENT
ROBERT MILLS
ROBERT THIELE
ROBERTSON BUILDING
SEVENTY SECOND SOUTH
VERONICA MADDOX
WALDROP TOM OR THOM
WEINGARTEN NOSTAT
WHISKEY BOTTOM

**LITIGATION COUNTERPARTIES**

ABREU ALEJANDRO
ALDALBA LUCIA
ALSCHLER RICHARD
ANDERSON CAROL
ANDERSON MICHAEL
APODACA JAMES
BABOOLALL RADICCA
BACKUS RICHARD
BENNET HEATHER
BERGMAN KRISTINA
BERSHEE THERESE
BIVENS WILLIAM
BOULE DOLA
BRANCH JEANNA
BRANNAN MARGUERITE
BRIMEYER DAVID
BROOKS CHRISTINA
BROWN MICHAEL
BROWN RALPH
CARRERA GEORGE
CARROANZA YOLANDA
CHASE WAYNE
COMISH ROBERT
COOK CLAYTON
COOKE BRIAN
COOPER ROBERT
COSTELLO JAMES
CRANE STEPHEN
CRAWFORD CORY
CROSSON GARY
CYR RICKY
DAVIS BERT

DEAN LUCITS
DEATON SAMUEL
DEHERRERA JAMES
DEMOTT SCOTT
DODD VICKIE
DUNCAN CHRIS
ENGLISH KATRICE
FAW MEMORY
FINN TODD
FLACK RONALD
FORD TRICIA
FORTUNE MARK
FOSTER JOHN
FOX VICTOR
FRANCIS PERNELL
GARRETT ANTHONY
GIBBS ED
GIBBS SANDRA
GIVENS AUDRA
GOE ROBERT
GONZALES SUSAN
HALE WILLIS
HARTLAND MECHANICAL
HAUGE CHARLES
HAUN JAMES
HODDE JAMES
HOLLEY MARY
HOLMES JAMES
HUFFMAN JESSICA
HURLEY CRAWFORD
JACKSON JANA
JEZPERA SANDRA
JEZPERA STEPHANIE
JIMENEZ GERALDO
JOHNON DAVID
JOHNSTON IVAN
KELSO JOSH
KNOTT JOHN
KOCH DONNA
KORBY DAVID
KURTH ALLISON
LANOUE ROBERT
LARSON JEFFERY
LER LAUREL
LINGO JAMES
LOWELL KEN

LUJAN ADRIAN
LYMAN STEPHEN
MACK SANDRA
MARAMAN ERIC
MARKS SHANDA
MARTINEZ LORETTA
MATTHEWS RICHARD
MAZURKEWICZ RICHARD
MCCARTY BRANDY
MCMAHON SHIRLEY
MCNEEL EMMETT
MCWILLIAMS RYAN
MICHAEL DOBBS
MOLINA JAMES
MOODY JOSHUA
MOORE ELLEN
MOORE MARK
MORGAN SEAN
MORRIS BRANDON
MULLEN THOMAS
NAJER BENITO OCHOA Q
NEARY LINDA
NEIGHORN JOHN
NIELSON DELL
NORTON GRACE
ORANGE COUNTY CITY
ORONA CHARLES
PALMER JAMES
PARKS MICHAEL
PEREZ GLADYS
PERKINS PAMELA
PFEUFFER ALAN
QUICK JERRY
RAINBOW OF CHALLENGES
RAMBO CHAD
RAY AARON
REDMOND ROSALYNN
ROBERTS MARYANNE
RODRIGUEZ JOSE
RUSSO MARY
RUYBAL RONALD
RYDER
SALONE BRIAN
SAUERS KAREN
SAVANNAH HOUSE
SAX JACLYN

SAYER FRED
SEGADA ERIC
SHUTTY CHAD
SIMON CHESTER
SIVILS DENNIS
SKYLES WILLIAM
SOMOHANO FRANK
SPARKS ROBERT
STRINGER JOSHUA
SUBER CORNELL
SUTHERLAND SHANA
TENSUAN ORLANDO
THOMAS ED
THURMAN CANDACE
TIMMONS DAWN
TORRES LUIS
TORRES PEDRO
UNK UNK
UPSHAW JOHNNY
VANPARYN MICHELLE
VOLONAKIS JIMMY
WATSON GABRIEL
WEISENHUNT DEBRALEE
WELCH MARYBETH
WELLER JOHN
WEOTT WILLAIM
WESLEY ROSLIND
WILCOX BRIAN
WILLIAMS JEREMIAH
WILLIAMS KATHERINE
WILLIAMS RUSSELL
YATE RICHARD
ZAMBRANA LOURDES
ZATCOFF DONNA
ZIMMER MARLA

**VENDORS (MAJOR)**

ACE AMERICAN INSURANCE COMPANY
ADP, INC.
AETNA LIFE INSURANCE COMPANY
AFTERMARKET GROUP THE
AIRGAS
ALLIANCEONE
AON RISK SERVICES
ATTENTUS MEDICAL SALES, INC.

BANK OF NEW YORK
CGS-DME MAC JURISDICTION
CHART INDUSTRIES, INC.
CIGNA
CINTAS CORP.
CISCO SYSTEMS CAPITAL
DELOITTE & TOUCHE LLP
DELTA DENTAL - DELTA DENTAL OF
DONLEN CORPORATION
ESSEX INDUSTRIES, INC. B209
EXPRESS SCRIPTS/VALUE RX
FBO KATZ, TELLER, BRANT &
FISHER & PAYKEL
HEALTHCARE SUPPORT STAFFING
IBM CORPORATION
IND CONSULTING
INVACARE CORPORATION
IRON MOUNTAIN
KEY EQUIPMENT FINANCE
LATHAM & WATKINS
MEDLINE INDUSTRIES INC
MYLAN PHARMACEUTICALS INC.
NATIONAL CYLINDER SERVICES, LLC
NATIONAL GOVERNMENT SERVICES
NORIDIAN
PARI RESPIRATORY EQUIPMENT INC
PARMED PHARMACEUTICALS, INC.
PFS FINANCING CORP
PHILIPS MEDICAL CAPITAL
PRIDE MOBILITY
PRINCIPAL FINANCIAL GROUP (TRF)
PROSKAUER ROSE LLP
RAYMOND JAMES & ASSOCIATES, IN
RED LINE HLTHCARE - MED.SUPPLY
RESMED CORP.
RESPIRONICS INC.
SALTER LABS
SUBURBAN OSTOMY SUPPLY CO
SUN OFFICE PRODUCTS
SUNOVION PHARMACEUTICALS INC
UNITED HEALTHCARE INSURANCE CO
UNITED PARCEL SERVICE
UNIVERSAL CHECKS AND FORMS INC
VERIZON
VGM FINANCIAL SERVICES
WORTHINGTON CYLINDERS CORP.

**UTILITY PROVIDERS (MAJOR)**

AMEREN MISSOURI
AMERENCILCO
AMERICAN ELECTRIC POWER
APS ARIZONA PUBLIC SERVICE CO
AT&T
ATMOS
BAYMEAD ACQUISITIONS LLC
BOA INVESTORS LLC
BOROUGH OF MIFFLINBURG
BUMPS PROPERTIES LLC
CADUCEUS, INC.
CENTURYLINK
CITY OF (GEN)
CITY OF (UTL)
CITY OF WINTER PARK
COMCAST
CONSUMERS ENERGY
CPL RETAIL ENERGY
DTE ENERGY
DUKE ENERGY
ENTERGY
FLORIDA POWER & LIGHT CO. (FPL)
FRONTIER -UTL
G.B.N., INC.
GEORGIA POWER
GRANITE TELECOMMUNICATIONS
J.E.M., LLC
KIMBERLY S. MCNEW
LAKELAND ELECTRIC
LONDON & STETELMAN, INC.
LONG HILL
NORTHWESTERN PUBLIC SERVICE CO
ORLANDO UTILITIES COMM
PETTY CASH
PNM ELECTRIC & GAS SERVICES
PROGRESS ENERGY FLORIDA, INC.
RML INVESTMENTS LLC
SEAWAY DEVELOPMENT COMPANY LLC
SECRET SQUIRREL, LLC
SEVENTY SECOND SOUTH PARTNERSH
SOUTHWESTERN ELECTRIC POWER CO
SUPERIOR PLUS ENERGY SERVICES
THE NUMBERED CAR CO.

THE VALLEY LAND CORPORATION
TOMASZ NOSARZEWSKI
TXU ELECTRIC
VERIZON
WERNER PARTNERS LLLP
WEST KENTUCKY RURAL ELECTRIC
WINDSTREAM COMMUNICATIONS
XCEL ENERGY

**LENDERS**

CREDIT SUISSE
JEFFERIES FINANCE LLC
SILVER POINT FINANCE LLC
SPCP GROUP

**BANK ACCOUNTS**

BNY MELLON
REGIONS BANK

**PROFESSISONALS IN INTEREST**

ALVAREZ & MARSAL HOLDINGS LLC
BARCLAYS
CREDIT SUISSE AG
CRESTVIEW PARTNERS LP
DELOITTE & TOUCHE LLP
EPIQ
FOLEY & LARDNER
GREENBERG TRAURIG LLP
HOULIHAN LOKEY CAPITAL INC
LATHAM & WATKINS
MCGLADREY & PULLEN LLP
MCNAIR LAW FIRM PA
NORTH STAR TRUST COMPANY
PROSKAUER ROSE
SMITH THOMPSON & CARTER PLLC
THE HORGAN GROUP OF RAYMOND
URGIN ALEXANDER ZADICK & HIGGINS

**FIRST AND SECOND LIEN GROUPS**

ALADDIN CREDIT PARTNERS LLC
ALLIANZ GLOBAL INVESTORS U.S. LLC

BEROVA VENTURES LTD
CAPITAL RESEARCH & MANAGEMENT COMPANY
CASTLE CREEK ARBITRAGE LLC
EUROCLEAR BANK
FIDELITY MANAGEMENT & RESEARCH
GARLAND BUSINESS CORP.
IMS CAPITAL MANAGEMENT
KING CAPITAL LTD
KINGSLAND CAPITAL MANAGEMENT LLC
MANULIFE ASSET MANAGEMETN LTD
NEWFLEET ASSET MANAGEMENT LLC
NOMURA CORPORATE RESEARCH & ASSET MGMT
PERITUS ASSET MANAGEMENT LLC
PHOENIX INVESTMENT ADVISER LLC
POST ADVISORY GROUP, LLC
SILVER CAPITAL, LP
SILVER POINT CAPITAL LP
SYMPHONY ASSET MANAGEMENT LLC
THIRD AVENUE MANAGEMENT LLC
VENOR CAPITAL MANAGEMENT LP
VII PEAKS CAPITAL LLC

**EQUITYHOLDERS (>5%)**

DEERFIELD CAPITAL, L.P.
DEUTSCHE BANK AG
JEFFERIES GROUP, INC.
ROBECO INVESTMENT MANAGEMENT, INC.
VENOR CAPITAL MANAGEMENT LP
WYNNEFIELD PARTNERS SMALL CAP VALUE LP

**INSURANCE PROVIDERS**

ACE AMERICAN INS. COMPANY
ASPEN
AXIS INSURANCE COMPANY
AXIS SEPCIALTY LIMITED
CHARTIS
COLUMBIA CASUALTY COMPANY
CONTINENTAL CASUALTY COMPANY
ESIS
GREAT NORTHERN INS. CO. (CHUBB)
HCC SPECIALTY
HOMELAND INSURANCE COMPANY OF NEW YORK
ILLINOIS NATIONAL INSURANCE COMPANY
ILLINOIS UNION INSURANCE COMPANY

IMPERIAL CREDIT CORPORATION
IPFS CORPORATION
IRONSHORE
TRAVELERS CASUALTY AND SURETY CO. OF AMERICA
XL SPECIALTY INS. CO.
ZURICH AMERICAN INS. CO.

**LOCAL, STATE OR FEDERAL AUTHORITIES**

ARIZONA CORPORATION COMMISSION
ARKANSAS SECRETARY OF STATE
CALIFORNIA SECRETARY OF STATE
CMS
COLORADO SECRETARY OF STATE
CONNECTICUT SOS / COMMERCIAL RECORDING DIVISION
DC DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS
DELAWARE DEPARTMENT OF STATE
DEPARTMENT OF JUSTICE (DOJ)
DOT
FDA
FDIC
FHFA
FLORIDA DEPARTMENT OF STATE
GEORGIA SECRETARY OF STATE
HAWAII DEPARTMENT OF COMMERCE & CONSUMER AFFAIRS
HHS
IDAHO SECRETARY OF STATE
ILLINOIS SECRETARY OF STATE
INDIANA SECRETARY OF STATE
INTERNAL REVENUE SERVICE (IRS)
IOWA SECRETARY OF STATE
KANSAS SECRETARY OF STATE
KENTUCKY SECRETARY OF STATE
LOUISIANA SECRETARY OF STATE
MAINE SECRETARY OF STATE
MARYLAND
MASSACHUSETTS SECRETARY OF THE COMMONWEALTH
MEDICAID
MEDICARE
MICHIGAN DEPARTMENT OF LICENSING AND REGULATORY AFFAIRS
MINNESOTA SECRETARY OF STATE
MISSISSIPPI SECRETARY OF STATE
MISSOURI SECRETARY OF STATE
MONTANA SECRETARY OF STATE
NATIONAL SUPPLIER CLEARINGHOUSE

NEBRASKA SECRETARY OF STATE
NEVADA LEGAL PRESS
NEVADA SECRETARY OF STATE
NEW HAMPSHIRE DEPARTMENT OF STATE
NEW JERSEY DEPARTMENT OF THE TREASURY
NEW MEXICO PUBLIC REGULATION COMMISSION
NEW YORK DEPARTMENT OF STATE
NORTH CAROLINA DEPARTMENT OF REVENUE
NORTH DAKOTA SECRETARY OF STATE
OIG
OKLAHOMA SECRETARY OF STATE
OREGON SECRETARY OF STATE
PENNSYLVANIA DEPARTMENT OF REVENUE
PENSION BENEFIT GUARANTY CORPORATION
RHODE ISLAND SECRETARY OF STATE
SOUTH CAROLINA DEPARTMENT OF REVENUE
SOUTH DAKOTA SECRETARY OF STATE
TENNESSEE SECRETARY OF STATE
TEXAS ATTORNEY GENERAL’S OFFICE
TEXAS DEPARTMENT OF REVENUE
UNITED STATES SEC
UNITED STATES DEPARTMENT OF LABOR
US ATTORNEYS’ OFFICE
UTAH DEPARTMENT OF COMMERCE
VERMONT SECRETARY OF STATE
VIRGINIA STATE CORPORATION COMMISSION
WASHINGTON DEPARTMENT OF REVENUE
WEST VIRGINIA SECRETARY OF STATE
WISCONSIN DEPARTMENT OF FINANCIAL INSTITUTIONS
WYOMING SECRETARY OF STATE

**INDENTURE TRUSTEES**

BNY MELLON
CREDIT SUISSE SECURITIES (USA) LLC
JEFFERIES & COMPANY

**U.S. TRUSTEES AND JUDGES: DELAWARE**

BRENDA SHANNON
CATHY M. COOPER
CHRISTINE GREEN
CHRISTOPHER SONTCHI
DANIEL CRAINE
DAVID BUCHBINDER
DAVID KLAUDER

DIANE GIORDANO
DION WYNNDONNA HARGITT
DOUGLAS N. HAWKINS
ELODY SHADE
ERIK VAN BRAMER
IANNA DIRR
JAMES R. O'MALLEY
JANE LEAMY
JANET SMITH
JEFF PFRIEM
JEFFREY HECK
JEREMY FLANNERY
JODI MULVAINE
JUDITH FITZGERALD
JULIET SARKESSIAN
KAMBRIA MCINTIRE
KAREN GORDON
KARL KROGER
KEVIN CAREY
KEVIN GROSS
KIM BURTON
KIM CATON
LAUREN O'NEAL
LAWRENCE HACKETT
MARK KENNEY
MARY WALRATH
MARYANNE WILSBACHER
MATTHEW MCDONALD
MICHAEL PANACIO
MICHAEL WEST
MONICA KINDT
PAMELA ARNDT
PATRICIA WATSON
PETER SERGAKIS
PETER WALSH
RAMONA VINSON
RICHARD SCHEPACARTER
ROBERTA DEANGELIS
ROBIN WALLACE
SHAKIMA L. WILLIAMS
SUSAN COMISFORD
THOMAS PATRICK TINKER
WILLIAM K. HARRINGTON

# EXHIBIT 1

## Engagement Letter

AlixPartners LLP
When it really matters.

February 28, 2013

Mr. Steven Alsene
President and CEO
Rotech Healthcare Inc.
2600 Technology Drive, Suite 300
Orlando, FL 32804

Re: Agreement for Financial Advisory and Consulting Services

Dear Mr. Alsene:

This letter, together with the attached Schedule(s) and General Terms and Conditions, sets forth the agreement ("Agreement") between AlixPartners, LLP, a Delaware limited liability partnership ("AlixPartners") and Rotech Healthcare Inc. ("Rotech" or the "Company") for the engagement of AlixPartners to provide financial advisory and consulting services to the Company.

All defined terms shall have the meanings ascribed to them in this letter and in the attached Schedule(s) and General Terms and Conditions.

## OBJECTIVES AND TASKS

The responsibilities of AlixPartners will be as follows:

- Assist the Company and its management with its short-term cash flow forecasting tool and related methodologies and to assist with planning for alternatives as requested by the Company.
- Assist the Company to develop contingency plans and financial alternatives.
- Assist the Company with the preparation of information that may be needed or requested as part of negotiations with the Company's creditors or in the course of securing DIP and/or exit financing.
- Assist with the performance of a review of the Company's material executory contracts.
- Assist with such other matters as may be requested that fall within AlixPartners' expertise and that are mutually agreeable.

## STAFFING

Randall S. Eisenberg will be the managing director responsible for the overall engagement. He will be assisted by a staff of consultants at various levels who have a wide range of skills and abilities related to this type of assignment. In addition, AlixPartners has relationships with, and may

AlixPartners LLP
When it really matters.



periodically use, independent contractors with specialized skills and abilities to assist in this engagement.

## TIMING, FEES AND RETAINER

AlixPartners will commence this engagement on or about Friday, March 1, 2013 after receipt of a copy of the Agreement executed by the Company, accompanied by the Retainer, as set forth on Schedule 1.

The Company shall compensate AlixPartners for its services, and reimburse AlixPartners for expenses, as set forth on Schedule 1.

In the event the Company seeks protection under the U.S. Bankruptcy Code, the Company will promptly apply to the Bankruptcy Court to obtain approval of AlixPartners' retention and Retainer nunc pro tunc to the date of filing. AlixPartners acknowledges that its retention and the terms thereof are subject to Court approval.

* * *

If these terms meet with your approval, please sign and return the enclosed copy of the Agreement and wire transfer the amount to establish the Retainer.

We look forward to working with you.

Sincerely yours,

ALIXPARTNERS, LLP

Randall S. Eisenberg
Managing Director

Acknowledged and Agreed to:

ROTECH HEALTHCARE INC.

By: ______________________

Its: President & CEO

Dated: 2/28/13

AlixPartners LLP
When it really matters.

## SCHEDULE 1

## FEES AND EXPENSES

1. **Fees:** AlixPartners' fees will be based on the hours spent by AlixPartners personnel at AlixPartners' hourly rates, which are:

| | |
|---|---|
| Managing Director | $850 - 1,010 |
| Director | $645 - 790 |
| Vice President | $475 - 575 |
| Associate | $325 - 420 |
| Analyst | $280 - 310 |
| Paraprofessional | $215 - 235 |

AlixPartners reviews and revises its billing rates on January 1 of each year.

Based upon our initial understanding, preliminarily we estimate our fees during the first 2-3 weeks to range between $25,000-$35,000 per week.

2. **Success Fee:** AlixPartners does not seek a Success Fee in connection with this engagement.

3. **Expenses:** In addition to the fees set forth in this Schedule, the Company shall pay directly, or reimburse AlixPartners upon receipt of periodic billings, for all reasonable out-of-pocket expenses incurred in connection with this assignment, such as travel, lodging and meals, and an administrative fee of 2% of the fees to cover all other indirect administrative costs.

4. **Break Fee:** AlixPartners does not seek a Break Fee in connection with this engagement.

5. **Retainer:** The Company shall pay AlixPartners a retainer of $125,000 to be applied against Fees and Expenses as set forth in this Schedule and in accordance with Section 2 of the attached General Terms and Conditions.

# ALIXPARTNERS, LLP
# GENERAL TERMS AND CONDITIONS

These General Terms and Conditions ("Terms") are incorporated into the Agreement to which these Terms are attached. In case of conflict between the wording in the letter and/or schedule(s) and these Terms, the wording of the letter and/or schedule(s) shall prevail.

**Section 1. Company Responsibilities.**

The Company will undertake responsibilities as set forth below:

1. Provide reliable and accurate detailed information, materials, documentation and
2. Make decisions and take future actions, as the Company determines in its sole discretion, on any recommendations made by AlixPartners in connection with this Agreement.

AlixPartners' delivery of the services and the fees charged are dependent on (i) the Company's timely and effective completion of its responsibilities; and (ii) timely decisions and approvals made by the Company's management. The Company shall be responsible for any delays, additional costs or other deficiencies caused by not completing its responsibilities.

In connection with any Chapter 11 filing, the Company shall apply promptly to the Bankruptcy Court for approval of the Company's retention of AlixPartners under the terms of the Agreement. The form of retention application and proposed order shall be reasonably acceptable to AlixPartners. AlixPartners shall have no obligation to provide any further services if the Company becomes a debtor under the Bankruptcy Code unless AlixPartners' retention under the terms of the Agreement is approved by a final order of the Bankruptcy Court reasonably acceptable to AlixPartners. The Company shall assist, or cause its counsel to assist, with filing, serving and noticing of papers related to AlixPartners' fee and expense matters.

**Section 2. Billing, Retainer and Payments.**

**Billing.** AlixPartners will submit bi-weekly invoices for services rendered and expenses incurred. Unless explicitly stated in the invoice, all amounts invoiced are not contingent upon or in any way tied to the delivery of any reports or other work product in the future and are not contingent upon the outcome of any case or matter. AlixPartners' fees are exclusive of taxes or similar charges, which shall be the responsibility of the Company (other than taxes imposed on AlixPartners' income generally).

**Retainer.** Upon execution of the Agreement, the Company shall promptly pay AlixPartners the agreed-upon advance retainer ("Retainer"). Invoices shall be offset against the Retainer. Payments of invoices will be used to replenish the Retainer to the agreed-upon amount. Any unearned portion of the Retainer will be applied against our final invoice or returned to the Company at the end of the engagement

If the Company becomes a debtor under the Bankruptcy Code, due to the ordinary course and unavoidable reconciliation of fees and submission of expenses immediately prior to, and subsequent to, the date of filing, AlixPartners may have incurred but not billed fees and reimbursable expenses which relate to the prepetition period. AlixPartners will seek Court approval to apply the Retainer to these amounts.

**Payments.** All payments to be made to AlixPartners shall be due and payable upon receipt of invoice via wire transfer to AlixPartners' bank account, as follows:

| | |
|---|---|
| Receiving Bank: | Deutsche Bank<br>ABA #021-001-033 |
| Receiving Account: | AlixPartners, LLP<br>A/C #003-58897 |
| Currency: | USD |

**Section 3. Relationship of the Parties.**

The parties intend that an independent contractor relationship will be created by the Agreement. As an independent contractor, AlixPartners will have complete and exclusive charge of the management and operation of its business, including hiring and paying the wages and other compensation of all its employees and agents, and paying all bills, expenses and other charges incurred or payable with respect to the operation of its business. Of course, employees of AlixPartners will not be entitled to receive from the Company any vacation pay, sick leave, retirement, pension or social security benefits, workers' compensation, disability, unemployment insurance benefits or any other employee benefits. AlixPartners will be responsible for all employment, withholding, income and other taxes incurred in connection with the operation and conduct of its business. Nothing in this Agreement is intended to create, nor shall be deemed or construed to create a fiduciary or agency relationship between AlixPartners and the Company or its Board of Directors.

**Section 4. Confidentiality.**

AlixPartners shall use reasonable efforts to keep confidential all non-public confidential or proprietary information obtained from the Company during the performance of its services hereunder (the "Information"), and neither AlixPartners nor its personnel will disclose any Information to any other person or entity. "Information" includes non-public confidential and proprietary data, plans, reports, schedules, drawings, accounts, records, calculations, specifications, flow sheets, computer programs, source or object codes, results, models or any work product relating to the business of the Company, its subsidiaries, distributors, affiliates, vendors, customers, employees, contractors and consultants.

The foregoing is not intended to prohibit, nor shall it be construed as prohibiting, AlixPartners from making such disclosures of Information that AlixPartners reasonably believes is required by law or any regulatory requirement or authority, or to clear client conflicts. AlixPartners may

make reasonable disclosures of Information to third parties in connection with the performance of AlixPartners' obligations and assignments hereunder. In addition, AlixPartners will have the right to disclose to any person that it provided services to the Company or its affiliates and a general description of such services, but shall not provide any other information about its involvement with the Company. The obligations of AlixPartners under this Section 4 shall survive the end of any engagement between the parties for a period of two (2) years.

The Company acknowledges that all information (written or oral), including advice and Work Product (as defined in Section 5), and the terms of this Agreement, generated by AlixPartners in connection with this engagement is intended solely for the benefit and use of the Company (limited to its management and its Board of Directors) in connection with the transactions to which it relates. The Company agrees that no such information shall be used for any other purpose or reproduced, disseminated, quoted or referred to with or without attribution to AlixPartners at any time in any manner or for any purpose without AlixPartners' prior approval, except as required by law.

**Section 5. Intellectual Property.**

Upon the Company's payment of all fees and expenses owed under this Agreement, all analyses, final reports, presentation materials, and other work product (other than any Engagement Tools, as defined below) that AlixPartners creates or develops specifically for the Company and delivers to the Company as part of this engagement (collectively known as "Work Product") shall be owned by the Company and shall constitute Information as defined above. AlixPartners may retain copies of the Work Product and any Information necessary to support the Work Product subject to its confidentiality obligations in this Agreement.

All methodologies, processes, techniques, ideas, concepts, know-how, procedures, software, tools, utilities and other intellectual property that AlixPartners has created, acquired or developed or will create, acquire or develop (collectively, "Engagement Tools"), are, and shall be, the sole and exclusive property of AlixPartners. The Company shall not acquire any interest in the Engagement Tools other than a limited non-transferable license to use the Engagement Tools to the extent they are contained in the Work Product. The Company acknowledges and agrees that any Engagement Tools provided to the Company are provided "as is" and without any warranty or condition of any kind, express, implied or otherwise, including, implied warranties of merchantability or fitness for a particular purpose.

**Section 6. Framework of the Engagement.**

The Company acknowledges that it is retaining AlixPartners solely to assist and advise the Company as described in the Agreement. This engagement shall not constitute an audit, review or compilation, or any other type of financial statement reporting engagement.

**Section 7. Indemnification and Other Matters.**

The Company shall indemnify, hold harmless and defend AlixPartners and its affiliates and its and their partners, directors, officers, employees and agents (collectively, the "AlixPartners Parties") from and against all claims, liabilities, losses, expenses and damages arising out of or in connection with the engagement of AlixPartners that is the subject of the Agreement. The Company shall pay damages and expenses, including reasonable legal fees and disbursements of counsel as incurred in advance. The AlixPartners Parties may, but are not required to, engage a single firm of separate counsel of their choice in connection with any of the matters to which these indemnification and advancement obligations relate.

If an AlixPartners Party is required by applicable law, legal process or government action to produce information or testimony as a witness with respect to this Agreement, the Company shall reimburse AlixPartners for any professional time and expenses (including reasonable external and internal legal costs) incurred to respond to the request, except in cases where an AlixPartners Party is a party to the proceeding or the subject of the investigation.

Notwithstanding anything to the contrary, the Company's indemnification and advancement obligations in this Section 7 shall be primary to (and without allocation against) any similar indemnification and advancement obligations of AlixPartners, its affiliates and insurers to the indemnitees (which shall be secondary).

AlixPartners is not responsible for any third-party products or services separately procured by the Company. The Company's sole and exclusive rights and remedies with respect to any such third party products or services are against the third-party vendor and not against AlixPartners, whether or not AlixPartners is instrumental in procuring such third-party product or service.

**Section 8. Governing Law and Arbitration.**

The Agreement is governed by and shall be construed in accordance with the laws of the State of New York with respect to contracts made and to be performed entirely therein and without regard to choice of law or principles thereof.

Any controversy or claim arising out of or relating to the Agreement, or the breach thereof, shall be settled by arbitration. Each party shall appoint one non-neutral arbitrator. The two party arbitrators shall select a third arbitrator. If within 30 days after their appointment the two party arbitrators do not select a third arbitrator, the third arbitrator shall be selected by the American Arbitration Association (AAA). The arbitration shall be conducted in Southfield, Michigan under the AAA's Commercial Arbitration Rules, and the arbitrators shall issue a reasoned award. The arbitrators may award costs and attorneys' fees to the prevailing party. Judgment on the award rendered by the arbitrators may be entered in any court having jurisdiction thereof.

Notwithstanding the foregoing, AlixPartners may in its sole discretion proceed directly to a court of competent jurisdiction to enforce the terms of this Agreement for any claim (and any subsequent counter claim) against the Company relating to either (i) the non-payment of fees or expenses due under this Agreement, or (ii) the non-performance of obligations under Section 7.

In the event the Company files under Chapter 11, the Company and AlixPartners agree that the Bankruptcy Court shall have exclusive jurisdiction over any and all matters arising under or in connection with this Agreement.

In any court proceeding arising out of this Agreement, the parties hereby waive any right to trial by jury.

**Section 9. Termination and Survival.**

The Agreement may be terminated at any time by written notice by one party to the other; provided, however, that notwithstanding such termination AlixPartners will be entitled to any fees and expenses due under the provisions of the Agreement (for fixed fee engagements, fees will be pro rata based on the amount of time completed), including Success Fee and Break Fee in accordance with Schedule 1. Such payment obligation shall inure to the benefit of any successor or assignee of AlixPartners.

Additionally, unless the Agreement is terminated by the Company for Cause (as defined below) or due to circumstances described in the Success Fee provision in the Agreement, AlixPartners shall remain entitled to the Success Fee(s) that otherwise would be payable for the greater of 12 months from the date of termination or the period of time that that has elapsed from the date of the Agreement to the date of termination. Cause shall mean:

(a) an AlixPartners employee acting on behalf of the Company is convicted of a felony, or

(b) it is determined in good faith by the Board of Directors of the Company after 30 days notice and opportunity to cure, that either (i) an AlixPartners employee is engaging in misconduct injurious to the Company, or (ii) an AlixPartners employee is breaching any of his or her material obligations under this Agreement, or (iii) an AlixPartners employee is willfully disobeying a lawful direction of the Board of Directors or senior management of the Company.

Sections 2, 4, 5, 7, 8, 9, 10, 11 and 12 of these Terms, the provisions of Schedule 1 and the obligation to pay accrued fees and expenses shall survive the expiration or termination of the Agreement.

**Section 10. Non-Solicitation of Employees**

The Company acknowledges and agrees that AlixPartners has made a significant monetary investment recruiting, hiring and training its personnel. During the term of this Agreement and for a period of two years after the final invoice is rendered by AlixPartners with respect to this engagement (the "Restrictive Period"), the Company and its affiliates agree not to directly or indirectly hire, contract with, or solicit the employment of any of AlixPartners' Managing Directors, Directors, or other employees/ contractors.

If during the Restrictive Period the Company or its affiliates directly or indirectly hires or contracts with any of AlixPartners' Managing Directors, Directors, or other employees/contractors, the Company agrees to pay to AlixPartners as liquidated damages and not as a penalty the sum total of: (i) for a Managing Director, one million U.S. dollars ($1,000,000 USD); (ii) for a Director, five hundred thousand U.S. dollars ($500,000 USD); and (iii) for any other employee/contractor, two hundred fifty thousand U.S. dollars ($250,000 USD). The Company acknowledges and agrees that liquidated damages in such amounts are (x) fair, reasonable and necessary under the circumstances to reimburse AlixPartners for the costs of recruiting, hiring and training its employees as well as the lost profits and opportunity costs related to such personnel, and to protect the significant investment that AlixPartners has made in its Managing Directors, Directors, and other employees/ consultants; and (y) appropriate due to the difficulty of calculating the exact amount and value of that investment.

The Company also acknowledges and agrees that money damages alone may not be an adequate remedy for a breach of this provision, and the Company agrees that AlixPartners shall have the right to seek a restraining order and/or an injunction for any breach of this non-solicitation provision. If any provision of this section is found to be invalid or unenforceable, then it shall be deemed modified or restricted to the extent and in the manner necessary to render the same valid and enforceable.

**Section 11. Limit of Liability.**

The AlixPartners Parties shall not be liable to the Company, or any party asserting claims on behalf of the Company, except for direct damages found in a final determination to be the direct result of the bad faith, self-dealing or intentional misconduct of AlixPartners. The AlixPartners Parties shall not be liable for incidental or consequential damages under any circumstances, even if it has been advised of the possibility of such damages. The AlixPartners Parties aggregate liability, whether in tort, contract, or otherwise, is limited to the amount of fees paid to AlixPartners for services on this engagement (the "Liability Cap"). The Liability Cap is the total limit of the AlixPartners Parties' aggregate liability for any and all claims or demands by anyone pursuant to this Agreement, including liability to the Company, to any other parties hereto, and to any others making claims relating to the work performed by AlixPartners pursuant to this Agreement. Any such claimants shall allocate any amounts payable by the AlixPartners Parties among themselves as appropriate, but if they cannot agree on the allocation it will not affect the enforceability of the Liability Cap. Under no circumstances shall the aggregate of all such allocations or other claims against the AlixPartners Parties pursuant to this Agreement exceed the Liability Cap.

**Section 12. General.**

**Severability.** If any portion of the Agreement shall be determined to be invalid or unenforceable, the remainder shall be valid and enforceable to the maximum extent possible.

**Entire Agreement.** This Agreement, including the letter, the Terms and the schedule(s), contains the entire understanding of the parties relating to the services to be rendered by AlixPartners and supersedes any other communications, agreements, understandings, representations, or estimates among the parties (relating to the subject matter hereof) with respect to such services, The Agreement, including the letter, the Terms and the schedule(s), may not be amended or modified in any respect except in a writing signed by the parties. AlixPartners is not responsible for performing any services not specifically described herein or in a subsequent writing signed by the parties.

**Joint and Several.** If there is more than one party to this Agreement, the Company shall cause each other entity which is included in the definition of Company to be jointly and severally liable for the Company's liabilities and obligations set forth in this Agreement.

**Third-Party Beneficiaries.** The indemnitees shall be third-party beneficiaries with respect to Section 7 hereof.

**Data Protection.** AlixPartners acknowledges and the Company agrees that in performing the services AlixPartners may from time to time be required to process certain personal data on behalf of the Company. In such cases AlixPartners may act as the Company's data processor and AlixPartners shall endeavor to (a) act only on reasonable instructions from the Company within the scope of the services of this Agreement; (b) have in place appropriate technical and organizational security measures against unauthorized or unlawful processing of personal data and against accidental loss or destruction of, or damage to, personal data; and (c) comply (to the extent applicable to it and/or the process) with relevant laws or regulations.

**Notices.** All notices required or permitted to be delivered under the Agreement shall be sent, if to AlixPartners, to:

AlixPartners, LLP
2000 Town Center, Suite 2400
Southfield, MI 48075
Attention: General Counsel

and if to the Company, to the address set forth in the Agreement, to the attention of the Company's General Counsel, or to such other name or address as may be given in writing to the other party. All notices under the Agreement shall be sufficient only if delivered by overnight mail. Any notice shall be deemed to be given only upon actual receipt.