<u>**Exhibit F**</u>

**Projected Financial Information**

Financial Projections

## Reorganized Debtors Projected Consolidated Statement of Operations
### (Unaudited)

| ($ millions) | Quarterly | | Annual | |
| --- | --- | --- | --- | --- |
| | Sep-13 | Dec-13 | 2014E | 2015E |
| Gross Revenue | $131 | $133 | $538 | $545 |
| Returns & Allowances | ($19) | ($19) | ($74) | ($72) |
| **Net Revenue** | **$112** | **$114** | **$465** | **$472** |
| Total COGS | ($38) | ($39) | ($159) | ($162) |
| **Gross Profit** | **$73** | **$75** | **$306** | **$310** |
| **Bad Debt** | **($6)** | **($5)** | **($22)** | **($22)** |
| **SG&A** | | | | |
| Salaries and Wages | ($43) | ($43) | ($170) | ($170) |
| Rents | ($7) | ($7) | ($28) | ($29) |
| Other Operating Expenses | ($17) | ($17) | ($69) | ($70) |
| **Total** | **($67)** | **($67)** | **($268)** | **($269)** |
| Other Expenses | ($0) | ($0) | ($0) | ($0) |
| **Restructuring Effects** | | | | |
| Restructuring Expenses | ($0) | $0 | $0 | $0 |
| CODI | $258 | $0 | $0 | $0 |
| **EBIT** | **$259** | **$3** | **$16** | **$19** |
| Interest | ($9) | ($8) | ($33) | ($35) |
| **EBT** | **$250** | **($5)** | **($17)** | **($17)** |
| Taxes | ($87) | $2 | $6 | $6 |
| **Net Income** | **$162** | **($3)** | **($11)** | **($11)** |

*Please read in conjunction with associated notes.*

Financial Projections

## Reorganized Debtors Projected Consolidated Balance Sheets
### (Unaudited)

| ($ millions) | Quarter Ended | | Year Ended | |
|---|---|---|---|---|
| | 9/30/13 | 12/31/13 | 12/31/14 | 12/31/15 |
| **Assets:** | | | | |
| Cash and cash equivalents | $14 | $13 | $23 | $37 |
| Accounts receivable, net of allowance for doubtful accounts | 71 | 73 | 77 | 77 |
| Other current assets | 7 | 7 | 8 | 8 |
| Inventories | 11 | 11 | 12 | 12 |
| Total Current Assets | $103 | $105 | $119 | $134 |
| Property and equipment, net | $91 | $88 | $76 | $63 |
| Intangible assets (less accumulated Amort.) | 23 | 23 | 22 | 22 |
| Restricted cash | 3 | 3 | 3 | 3 |
| Other assets, including debt issue costs | 33 | 35 | 41 | 46 |
| Goodwill | 178 | 178 | 178 | 178 |
| Total Long Term Assets | $328 | $327 | $320 | $313 |
| **Total Assets** | **$431** | **$432** | **$439** | **$447** |
| **Liabilities & Stockholders Equity:** | | | | |
| Accounts payable | $20 | $21 | $22 | $22 |
| Other current liabilities | 31 | 31 | 33 | 33 |
| Total Current Liabilities | $51 | $52 | $55 | $55 |
| Accrued interest payable | $4 | $4 | $4 | $4 |
| Deferred tax liabilities, net | 0 | 0 | 0 | 0 |
| Other long-term liabilities | 1 | 1 | 1 | 1 |
| Total debt | 330 | 333 | 349 | 367 |
| Amortized debt | (8) | (8) | (8) | (8) |
| Total Long Term Liabilities | $327 | $330 | $346 | $364 |
| **Total Liabilities** | **$378** | **$382** | **$401** | **$419** |
| Stockholders' deficiency: | | | | |
| New equity | $59 | $59 | $59 | $59 |
| Accumulated deficit | (6) | (9) | (20) | (31) |
| Total stockholders' deficiency | $53 | $50 | $39 | $28 |
| **Total Liabilities & Stockholders Equity** | **$431** | **$432** | **$439** | **$447** |

*Please read in conjunction with associated notes.*

Financial Projections

## Reorganized Debtors Projected Consolidated Statements of Cash Flows
### (Unaudited)

| ($ millions) | Half 2H 2013 | Annual 2014E | 2015E |
|---|---|---|---|
| **Net Income / Loss** | $159.2 | ($11.2) | ($10.9) |
| | | | |
| **Adjustments made to reconcile to net cash provided by operating Activities** | | | |
| Depreciation and Amortization | 31.6 | 66.6 | 68.0 |
| Gain on Cancellation of Debt | (168.0) | 0.0 | 0.0 |
| Other Expenses | 0.0 | 0.0 | 0.0 |
| | | | |
| Changes in Operating Asset / Liabilities | | | |
| Accounts Receivable, net of allowance for doubtful accounts | 1.7 | (4.4) | 0.1 |
| Other Current Assets | 0.0 | (0.4) | 0.0 |
| Inventories | (0.2) | (0.5) | (0.2) |
| Other Assets | (4.7) | (6.0) | (5.9) |
| Accounts Payable | 3.2 | 1.0 | 0.5 |
| Other Current Liabilities | 0.0 | 1.6 | (0.0) |
| Accrued Interest Payable | 1.5 | 0.0 | 0.0 |
| Accrued PIK Interest | 7.6 | 16.4 | 18.1 |
| Other Long Term Liabilities | 0.0 | 0.0 | 0.0 |
| Net Cash Provided by Operating Activities | $31.8 | $63.1 | $69.6 |
| | | | |
| **Cash Flows from Investing Activities** | | | |
| Purchases of PP&E | (26.1) | (53.6) | (55.3) |
| Increase in Restricted Cash | 7.5 | 0.0 | 0.0 |
| Payments on Capital Leases | (1.8) | (0.2) | 0.0 |
| Net Cash used in Investing Activities | (20.5) | (53.8) | (55.3) |
| | | | |
| **Cash Flows from Financing Activities** | | | |
| Net Proceeds from Debt Issuance | (6.7) | 0.0 | 0.0 |
| Net Cash provided by Financing | (6.7) | 0.0 | 0.0 |
| | | | |
| Change in Cash | $4.6 | $9.3 | $14.4 |

*Please read in conjunction with associated notes.*

Financial Projections

## Reorganized Debtors Projected Free Cash Flow
### (Unaudited)

| ($ millions) | Quarterly | | Annual | |
|---|---|---|---|---|
| | Sep-13 | Dec-13 | 2014E | 2015E |
| **Financials** | | | | |
| Revenue | $111.8 | $114.2 | $464.6 | $472.1 |
| *Growth* | | | *2.2%* | *1.6%* |
| COGS | *(38.5)* | *(39.0)* | *(158.6)* | *(162.0)* |
| SG&A | *(66.6)* | *(66.7)* | *(267.7)* | *(269.1)* |
| Adj. EBITDA | 16.8 | 19.1 | 82.8 | 86.7 |
| *Margin* | *15.1%* | *16.7%* | *17.8%* | *18.4%* |
| *Growth* | | | *13.7%* | *4.8%* |
| Capex | (12.9) | (13.2) | (53.6) | (55.3) |
| | | | | |
| **EBITDA-Capex** | **3.9** | **5.8** | **29.1** | **31.5** |
| Less: Cash Interest Expense | (4.2) | (4.2) | (17.1) | (17.4) |
| Less: Payments on Capital Leases | (0.9) | (0.9) | (0.2) | 0.0 |
| Less: Increase in Working Capital | 5.8 | (1.2) | (2.6) | 0.3 |
| Less: Cash Taxes Paid | 0.0 | 0.0 | 0.0 | 0.0 |
| **Free Cash Flow ex. Reorg. Items** | **4.6** | **(0.5)** | **9.3** | **14.4** |

*Please read in conjunction with associated notes.*

<u>Note</u>:  Adjusted EBITDA does not reflect inclusion of revenue from the VISN 16 oxygen contract discussed in Key Assumptions below.  If the GAO denies B&B's challenge and Rotech secures the award, the VISN 16 oxygen contract is expected to generate $6 million to $8 million in annual EBITDA during the five-year term of the contract.

### General Assumptions

The Financial Projections incorporate management's assumptions and restructuring initiatives, including the impact of general cost-savings within the Company, projected patient growth, projected payer trends and future competitive bidding activities which could result in rate reductions and lost contracts. The Financial Projections take into account the current market environment in which the Company operates but assumes a general continued improvement in macroeconomic trends, driven by demographics favorable to the sector. The Financial Projections reflect numerous assumptions, including various assumptions regarding the anticipated future performance of the Company; home oxygen, CPAP and general healthcare industry performance; general business and economic conditions; and other matters, most of which are beyond the control of the Company. Therefore, although the Financial Projections are necessarily presented with numerical specificity, the actual results achieved during the Forecast Period may vary from the projected results and these variations may be material. Although the Company believes that the assumptions underlying the Financial Projections, when considered

Financial Projections

on an overall basis, are reasonable in light of current circumstances, no representation can be or is being made with respect to the accuracy of the Financial Projections or the ability of the Company to achieve the projected results of operations. Some assumptions inevitably will not materialize and events and circumstances occurring subsequent to the date on which the Financial Projections were prepared may be different from those assumed, or may be unanticipated and, therefore, may affect financial results in a material and possibly adverse manner. Therefore, the Financial Projections may not be relied upon as a guarantee or other assurance of the actual results that will occur. Moreover, the Financial Projections were prepared in connection with a pre-arranged and expedited chapter 11 case. Therefore, the assumptions underlying the Financial Projections would not necessarily apply in a prolonged chapter 11 case. For illustrative purposes, the Financial Projections assume emergence from chapter 11 on July 1st, 2013.  In deciding whether to vote to accept or reject the Plan, creditors must make their own determinations as to the reasonableness of such assumptions.

<u>Key Assumptions – Income Statement</u>

**Overview of Competitive Bidding**:  Over the past six years, the Centers for Medicare and Medicaid Services (CMS) have implemented the competitive bidding process for Home Medical Equipment with the aim of reducing the cost of service to CMS.   Round 1 was implemented for certain product categories in nine Competitive Bidding Areas (CBAs) in January 2011 and resulted in an average 32% reduction in pricing for the competitively bid products and services. In January 2013, CMS offered Round 2 contracts to winning bidders in 100 CBAs.  The results of round 2 reflect a 41-47% reimbursement reduction for competitively bid oxygen and continuous positive airway pressure (CPAP) products effective July 1, 2013. Unsuccessful bidders will no longer be able to service new Medicare patients in the CBA(s) in which they were unsuccessful.  Existing legislation requires CMS to expand competitive bidding to include additional geographic markets (although, certain markets may be excluded at the discretion of CMS) or to use pricing information gleamed from competitive bidding to adjust the reimbursement amounts otherwise in effect for areas that are not competitive bidding areas by January 1, 2016.  Although there remains uncertainty as to how CMS will expand competitive bidding, the Financial Projections assume there will be a Round 3 of competitive bidding implemented in July 2015 to include the remaining 231 Metropolitan Statistical Areas (MSAs) not currently covered by competitive bidding.  Competitive bidding Round 2 affects ~12% of Rotech's 2012 revenue base and Round 3 is expected to affect ~10% of Rotech's 2012 revenue base.

    A.  Revenues

Financial Projections

The Financial Projections are based on assumptions specific to each individual major business segment:

**Oxygen Rental** gross revenue is expected to decline by (3.8%) during 2013, increase by 2.8% during 2014 and by 1.0% during 2015.  This primarily reflects organic growth in active patients in line with historic trends of 2.5-3.0% per year offset by the effects of competitive bidding, including reduced pricing in markets where the Company won the right to continue servicing new patients commencing in July 2013 with respect to round 2 and reduced pricing with respect to all markets affected by round 3 commencing in July 2015. Growth in 2014 also reflects a portion of the 2009 cohort of previously capped Medicare patients re-starting new rental contracts during Q1 2014.

The Financial Projections do not include any revenues from the VISN 16 oxygen contract which was awarded to the Company in March 2013 by the Veterans Administration to serve medical centers in eight cities due to the fact that it has been challenged by the incumbent provider.  The contract has a total length of five years with total expected revenue of $68 million over that period if confirmed by the GAO. If confirmed, the Company would expect to commence serving patients pursuant to the contract sometime prior to the end of 2013.

**CPAP Rental** gross revenue is projected to grow by 1.4% during 2013, followed by increases of 4.0% and 5.1% in 2014 and 2015, respectively.  This trend reflects strong organic growth in line with historic trends partially offset by the effects of competitive bidding, including the loss of rights to service a material portion of the markets included in round 2 starting in July 2013 and reduced pricing in markets where the Company won the right to continue servicing new patients commencing in July 2013 with respect to round 2 and reduced pricing with respect to all markets affected by round 3 commencing in July 2015.  In markets where the Company lost the right to service new patients starting in July 2013, the loss of revenue will be partially offset by a runoff of existing patients in those markets to the end of their rental payment cycle, which could be up to 10-13 months.

**CPAP Sales** gross revenue is expected to contract by (1.7%) in 2013 and (1.1%) in 2014 and grow by 0.4% in 2015.  CPAP sales revenue reflects moderate organic growth in line with historic trends offset by the effects of competitive bidding, including the loss of rights to service a material portion of the markets included in round 2 starting in July 2013 and reduced pricing in markets where the Company won the right to continue servicing new patients commencing in July 2013 with respect to round 2 and reduced pricing with respect to all markets affected by round 3 commencing in July 2015.

Projections for other business segments including Oxygen Sales, DME Rental, DME Sales Nebulizer, amongst others, are based on business specific assumptions including the effect of competitive bidding, where applicable.

**Contractual Allowances** are expected to decrease from 14.5% of gross revenue in 2013 to 13.7% in 2014 and 13.3% in 2015, driven by expected improvements in billing processes as a

Financial Projections

result of centralization projects expected to be implemented by the end of 2013 resulting in reduced deductions and allowances.  Contractual allowances reflect the effect of reduced receipts from sequestration during April –December 2013 primarily including a 2% reduction in net receipts from Medicare.

   B.  Cost of Sales

Cost of sales includes both variable costs specific to each segment as well as equipment depreciation. Cost of Sales is projected to be 34.0%, 34.1% and 34.3% of Net Revenue in 2013, 2014 and 2015, respectively. This reflects, on an aggregate basis, an increase in costs as percentage of revenue based on projected reduction in average net pricing due primarily to the effects of competitive bidding.

   C.  Selling, General and Administrative Expenses ("SG&A")

The main components of SG&A include salaries and wages, occupancy costs, other SG&A and bad debt expense.  Salaries and wages are projected to be flat on an absolute basis over the projection period as merit increases and required increases in staffing are projected to be offset by modest efficiency improvements based on process improvement projects to be completed during 2013 and 2014.  Occupancy costs are projected to remain flat during 2013 and 2014 and grow by 2% in 2015.  Other SG&A expenses are expected remain relatively constant at 15.1% of net revenue in 2013 reducing to 14.8% in 2014 and 2015.
Bad debt is expected to be 4.4% of gross revenue in 2013 declining to 4.0% in 2014 and 2015 due to expected process improvements.

   D.  Depreciation and Amortization

Depreciation and amortization expense is comprised primarily of depreciation expense for property, plant and equipment and amortization of intangible assets. The vast majority of depreciation is related to patient service equipment.  Depreciation and amortization assumptions are consistent with current accounting policies and expected useful asset lives, but do not fully reflect the impact of "fresh start" accounting adjustments.

   E.  Interest Expense

Subsequent to the Assumed Effective Date, interest expense includes post-emergence interest related to the pro forma capital structure as set forth below, including cash and non-cash interest expense components.

Financial Projections

F.   Income Tax Expense / (Benefit)

Tax expense is projected based on the Company's best estimate of the amount and timing of federal and state income tax payments (inclusive of certain non-cash accruals), offset by the Company's use of certain pro forma tax attributes, as more fully discussed in the Disclosure Statement.

Key Assumptions – Projected Consolidated Balance Sheet

G.  Cash

The cash balance projection is forecast using the cash flow statement.  No major changes are expected in the amount of restricted collateralized cash balances during the forecast period.

H.  Accounts Receivable

Accounts receivable is assumed to fluctuate with revenues over the forecast period. Days Sales Outstanding (DSO) and collections patterns are projected according to historical relationships with respect to revenue volumes and projected contractual allowances and bad debt.

J.   Other Current Assets

No significant fluctuation is forecast in this category.

K.   Net Property, Plant and Equipment

Net PP&E is forecast using capital expenditures and depreciation from the projected income statement and reflect no material asset sales or asset purchases during the projection period.

L.   Goodwill, Intangible Assets

Intangible assets and goodwill reflect a preliminary estimate of the impact of "fresh start" accounting and consist primarily of customer relationships and the assumed value of the Company's intellectual property. Goodwill is not amortized, while other intangibles are amortized based upon their expected useful lives.

M.   Other Assets

Other assets include security deposits, debt issuance costs associated with the restructured debt and certain other noncore assets.

N.   Current Liabilities

Current liabilities include trade payables, payroll-related liabilities, accrued interest and other accrued expenses. Accounts payable is assumed to increase as overall costs increase

Financial Projections

proportionate with the growth in revenue over the forecast period. Payments are projected according to historical relationships with respect to purchase volumes. Other current liabilities are forecast to remain relatively flat, consistent with the forecast for expenses in 2013 and beyond.

    O.   Post-Reorganization Debt

The post emergence capital includes i) a new $200 million senior secured 1st lien credit facility including a $25 million 1st lien, 1st out revolver tranche, a $100 million 1st lien 1st out term loan tranche and a $75 million 1st lien 2nd out term loan tranche and ii) a new $150 million 2nd lien term loan with interest expense payable in a combination of cash and paid-in-kind ("PIK") consideration  iii) approximately $3 million of capital lease obligations that are assumed to run off over the course of 2013.

    P.   Shareholders' Equity

Shareholders' equity reflects a preliminary estimated impact of "fresh start" accounting. Shareholders' equity upon emergence reflects the implied equity value of primary equity interests issued at Emergence under the 1st Amended Plan and changes each year by the amount of net income. No dividends to common stockholders are included in the Financial Projections.

<u>Key Assumptions – Projected Consolidated Statement of Cash Flows</u>

    Q.   Operating Cash Flow and Working Capital

Components of working capital are projected according to historical relationships with respect to revenue and cost of revenue and SG&A expenses.

    R.   Investing Cash Flow

Capital expenditures are expected to be 11.3% of net revenue during 2013 consistent with historical experience increasing slightly as a percentage of net revenue as a result of competitive bidding effects on net revenue during the forecast period. The PP&E is set to approach maintenance levels in 2015.

    S.   Financing Cash Flow

Post-emergence from chapter 11 there are no material projected financing cash flows.