**Exhibit H**

**Valuation Analysis**

**Valuation of the Reorganized Debtors**

    (a)    *Overview*

At the Debtors' request, Barclays Capital Inc. ("**Barclays**") has prepared an estimated going concern value for the Reorganized Debtors (the "**Valuation**").

In preparing the Valuation, Barclays: (a) reviewed certain historical financial information of the Debtors for recent years and interim periods; (b) reviewed certain internal financial operating data for the Debtors, including the financial projections developed by Management relating to the Debtors' business and prospects (the "**Financial Projections**"); (c) met with certain members of Management to discuss the Debtors' operations and future prospects; (d) reviewed the Financial Projections prepared by the Debtors; (e) reviewed publicly available financial data and considered the market values of public companies deemed generally comparable to the operating businesses of the Debtors; (f) reviewed publicly available financial data and values of precedent transactions deemed generally comparable to the operating businesses of the Debtors; (g) considered certain economic and industry information relevant to the Debtors' operating businesses; and (h) reviewed certain analysis prepared by other firms retained by the Debtors and conducted such other analyses as Barclays deemed appropriate.

Although Barclays conducted a review and analysis of the Debtors' businesses, operating assets and liabilities, and business plans, Barclays assumed and relied on, without independent verification, the accuracy and completeness of all: (a) financial and other information furnished to it by or on behalf of the Debtors, including, but not limited to, the Financial Projections; and (b) publicly available information. Barclays assumed that the Financial Projections were prepared reasonably and in good faith on a basis reflecting the Debtors' best estimates and judgment as to future operating and financial performance. Barclays did not conduct an independent evaluation or appraisal of the Debtors' assets, and no independent evaluations or appraisals of the Debtors' assets were sought or were obtained in connection with the preparation of the Valuation.

Barclays estimates the Reorganized Debtors' enterprise value to be between approximately $400 million and $460 million, with a midpoint of $430 million, as of an assumed Plan effective date of June 30, 2013 (the "**Estimated Reorganized Enterprise Value**"). The Estimated Reorganized Enterprise Value reflects, among other factors discussed below, current financial market conditions and the inherent uncertainty as of today regarding the Reorganized Debtors' ability to achieve the Financial Projections, which are set forth in Exhibit F entitled "Financial Projections." The Valuation and the Estimated Reorganized Enterprise Value does not constitute an opinion as to the fairness from a financial point of view of the consideration to be received under the terms of the Plan or of the terms and conditions of the Plan.

The range of the Estimated Reorganized Enterprise Value, as of an assumed Plan effective date of June 30, 2013, reflects work performed by Barclays on the basis of information available to, and analyses undertaken by, Barclays as of April 17, 2013. It should be understood that, although subsequent developments may affect Barclays' conclusions, Barclays does not have any obligation to update, revise or reaffirm its estimate.

    (b)    *Methodology*

In performing its analysis, Barclays used various valuation techniques, including: (a) a comparable company analysis, in which Barclays analyzed the enterprise values of public companies

that Barclays deemed generally comparable to all or parts of the Debtors' operating businesses as a multiple of certain financial measures, including earnings before interest, taxes, depreciation and amortization ("**EBITDA**"), then applied selected multiples derived from such analysis to the actual and projected EBITDA of the Debtors; (b) a precedent transactions analysis, in which Barclays analyzed the financial terms of certain acquisitions of companies that Barclays believed were comparable to all or parts of the Debtors' operating businesses, and then applied certain financial performance and other metrics provided by such analysis to the relevant metrics of the Debtors; and (c) a discounted cash flow analysis, in which Barclays, using a weighted average cost of capital, computed the present value of free cash flows from each of the Debtors' operating businesses and the terminal value of the Debtors' operating businesses, where applicable.

(i) Comparable Company Analysis

The comparable company valuation analysis is based on the enterprise values of companies that have operating and financial characteristics similar to the Reorganized Debtors. A key factor to this approach is the selection of companies with business and operational characteristics relatively similar to those of the Reorganized Debtors. Common criteria for selecting comparable companies for the analysis include, among other relevant characteristics, similar lines of businesses, business risks, growth prospects, maturity of businesses, location, market presence and size, scale and profitability of operations. Given the highly-regulated nature of the healthcare industry, similarity amongst the regulatory regimes is also a significant consideration. The selection of appropriate comparable companies is often difficult, a matter of judgment, and subject to limitations due to sample size and the availability of meaningful market-based information.

Due to the lack of any direct comparable public companies in the home respiratory services segment, Barclays primarily utilized in their analysis companies in the home healthcare and alternate site segments which share many of the above mentioned characteristics with companies engaged in home respiratory services. Barclays calculated market multiples based on 2013 and 2014 estimated (as estimated by equity research analysts) EBITDA by dividing the enterprise value of each comparable company by the 2013 and 2014 estimated EBITDA, respectively. In determining the applicable EBITDA and multiple ranges, Barclays considered a variety of factors, including both qualitative attributes and quantitative measures, such as historical and projected revenue, EBITDA, capital expenditures, EBITDA margins, size, growth and similarity in business lines. It should be noted that Barclays focused on use of forward operating performance and multiples rather than 2012 performance and multiples given competitive bidding effects expected during 2013 which will meaningfully impact Rotech but is not applicable to the operations of comparable companies.

(ii) Precedent Transaction Analysis

As it did with the comparable company analysis, Barclays focused its analysis under this methodology on EBITDA multiples in comparing the valuations of the Reorganized Debtors and the selected comparable companies. Unlike the comparable company analysis, the enterprise valuation derived using this methodology reflects a "control" premium (i.e., a premium paid to purchase a majority or controlling position in the assets of a company). Thus, this methodology generally produces higher valuations than the comparable public company analysis. In addition, other factors not directly related to a company's business operations can affect a valuation based on precedent transactions, including: (i) circumstances surrounding a merger transaction may introduce "diffusive quantitative results" into the analysis (e.g., a buyer may pay an additional premium for reasons that are not solely related to competitive bidding); (ii) the market environment is not identical for transactions occurring at

different periods of time; and (iii) circumstances pertaining to the financial position of the company may have an impact on the resulting purchase price (e.g., a company in financial distress may receive a lower price due to perceived weakness in its bargaining leverage).

As with the comparable company analysis, because no precedent merger or acquisition used in any analysis will be identical to the target transaction, valuation conclusions cannot be based solely on quantitative results. The reasons for, and circumstances surrounding, each acquisition transaction are specific to such transaction, and there are inherent differences between the businesses, operations and prospects of each target. Therefore, qualitative judgments must be made concerning the differences between the characteristics of these transactions and other factors and issues that could affect the price an acquirer is willing to pay in an acquisition. The number of completed transactions for which public data is available also limits this analysis. Furthermore, the data available for all the precedent transactions may have discrepancies due to varying sources of information. As described above, the precedent transactions analysis explains other aspects of value besides the inherent value of a company. As a result of the significant limitations as to the usefulness of this methodology, Barclays' reliance on the precedent transactions analysis in determining the Enterprise Value was minimal.

In deriving a range of Enterprise Values for the Reorganized Debtors under this methodology, Barclays calculated multiples of total transaction value ("**Transaction Value**") to the latest twelve months ("**LTM**") EBITDA or next twelve months ("**NTM**") EBITDA of the acquired companies and applied these multiples to the Reorganized Debtors. Barclays evaluated various merger and acquisition transactions that have occurred in the home respiratory services segment over the last six years. The transactions that have occurred have been executed under different fundamental, regulatory, credit and other market conditions from those prevailing in the current marketplace and reflect the unique motivations of buyers and sellers at the time of such transactions. These considerations reduce the relevance of the precedent transaction analysis.

          (iii)    Discounted Cash Flow Analysis

The discounted cash flow ("**DCF**") analysis is a forward-looking enterprise valuation methodology that estimates the value of an asset or business by calculating the present value of expected future cash flows to be generated by that asset or business. Under this methodology, projected future cash flows are discounted by the business' weighted average cost of capital (the "**Discount Rate**"). The Discount Rate reflects the estimated blended rate of return that would be required by debt and equity investors to invest in the business based on its targeted long-term capital structure. The enterprise value of the firm is determined by calculating the present value of the Reorganized Debtors' unlevered after-tax free cash flows based on the Financial Projections. The present value of the unlevered after-tax free cash flows for the projection period and an estimate for the value of the assets' free cash flows beyond the projection period, known as the terminal value, were calculated. The terminal value was derived by applying a multiple to the Reorganized Debtor's projected EBITDA.

Although formulaic methods are used to derive the key estimates for the DCF methodology, their application and interpretation nonetheless involves complex considerations and judgments concerning potential variances in the projected financial and operating characteristics of the Reorganized Debtors, which in turn affect their cost of capital and terminal multiples.

    (c)    *Summary*

The summary set forth above does not purport to be a complete description of the analyses performed by Barclays. An estimate of total enterprise value is not entirely mathematical, but rather it involves complex considerations and judgment concerning various factors that could affect the value of an operating business. The preparation of an estimate involves various determinations as to the most appropriate and relevant methods of financial analysis and the application of these methods in the particular circumstances and, therefore, such an estimate is not readily susceptible to summary description. The value of an operating business is subject to uncertainties and contingencies that are difficult to predict and will fluctuate with changes in factors affecting the financial condition and prospects of such a business. As a result, the Estimated Reorganized Enterprise Value set forth herein is not necessarily indicative of actual outcomes, which may be significantly more or less favorable than those set forth herein. Because such estimates are inherently subject to uncertainties and contingencies beyond the control of the Debtors and the Reorganized Debtors, neither the Debtors, the Reorganized Debtors, Barclays nor any other person assumes their accuracy. Depending on the results of the Debtors' operations or change in the financial markets, the enterprise value of the Reorganized Debtors' businesses as a going concern as of the Effective Date may differ from the Estimated Reorganized Enterprise Value set forth herein. In addition, this Valuation does not purport to be an appraisal, nor does it necessarily reflect the values that might be realized if the Debtors' assets were sold.

The foregoing Valuation reflects a number of assumptions, including a successful reorganization of the Debtors' businesses and debt obligations in a timely manner, achieving the forecasts reflected in the Financial Projections, the amount of available cash, market conditions, the availability of certain tax attributes and the Plan becoming effective in accordance with its terms on a basis consistent with the estimates and other assumptions discussed herein. The estimates of value represent hypothetical enterprise values of the Reorganized Debtors as the continuing operator of their businesses and assets and assume that such assets are operated in accordance with the Debtors' business plan. They do not purport to reflect or constitute appraisals, liquidation values or estimates of the actual market value that may be realized through the trading value or sale of any securities to be issued pursuant to the Plan, which may be significantly different from the other amounts set forth herein. Such estimates were developed solely for purposes of formulation and negotiation of the Plan and analysis of implied relative recoveries to creditors thereunder. Moreover, to the extent that the estimated range of enterprise value is dependent upon the Debtors' achievement of the Financial Projections, it is inherently speculative.

In addition, the value of any newly issued debt and securities is subject to additional uncertainties and contingencies, all of which are difficult to predict. Actual market prices of such debt and securities at issuance will depend upon, among other things: (a) prevailing interest rates; (b) conditions in the financial markets; (c) the anticipated initial securities holdings of prepetition creditors, some of whom may prefer to liquidate their investment rather than hold it on a long term basis; and (d) other factors that generally influence the prices of debt and securities. Actual market prices of such debt and securities may also be affected by this Chapter 11 Case or by other factors not possible to predict. Accordingly, the Estimated Reorganized Enterprise Value does not necessarily reflect, and should not be construed as reflecting, values that will be obtained in the public or private markets. The Estimated Reorganized Enterprise Value ascribed in the Valuation does not purport to be an estimate of the post reorganization market trading value. Such trading value may be materially different from the reorganization enterprise value ranges associated with Barclays' valuation analysis. Indeed, there can be no assurance that a trading market will develop for the New Common Stock.

THE FOREGOING VALUATION IS BASED UPON A NUMBER OF ESTIMATES AND ASSUMPTIONS THAT ARE INHERENTLY SUBJECT TO SIGNIFICANT UNCERTAINTIES AND CONTINGENCIES BEYOND THE CONTROL OF THE DEBTORS OR THE REORGANIZED

DEBTORS. ACCORDINGLY, THERE CAN BE NO ASSURANCE THAT THE ESTIMATED REORGANIZED ENTERPRISE VALUE REFLECTED IN THIS VALUATION WOULD BE REALIZED IF THE PLAN WERE TO BECOME EFFECTIVE, AND ACTUAL RESULTS COULD VARY MATERIALLY FROM THOSE SHOWN HERE.

THE ESTIMATED REORGANIZED ENTERPRISE VALUE IS HIGHLY DEPENDENT UPON ACHIEVING THE FUTURE FINANCIAL RESULTS SET FORTH IN THE DEBTORS' FINANCIAL PROJECTIONS, AS WELL AS THE REALIZATION OF CERTAIN OTHER ASSUMPTIONS, NONE OF WHICH IS GUARANTEED AND MANY OF WHICH ARE OUTSIDE OF THE DEBTORS' CONTROL, AS FURTHER DISCUSSED IN THE RISK FACTORS AND ELSEWHERE IN THE DISCLOSURE STATEMENT.

THE CALCULATIONS OF ESTIMATED REORGANIZED ENTERPRISE VALUE SET FORTH HEREIN REPRESENT ESTIMATED REORGANIZATION VALUE AND DO NOT NECESSARILY REFLECT VALUES THAT COULD BE ATTAINABLE IN PUBLIC OR PRIVATE MARKETS. THE ESTIMATED REORGANIZED ENTERPRISE VALUE STATED HEREIN DOES NOT PURPORT TO BE AN ESTIMATE OF THE POST-REORGANIZATION MARKET VALUE. SUCH VALUE, IF ANY, MAY BE MATERIALLY DIFFERENT FROM THE ESTIMATED REORGANIZED ENTERPRISE VALUE RANGES ASSOCIATED WITH THIS VALUATION ANALYSIS. NO RESPONSIBILITY IS TAKEN BY BARCLAYS FOR CHANGES IN MARKET CONDITIONS AND NO OBLIGATIONS ARE ASSUMED TO REVISE THIS CALCULATION OF THE DEBTORS' OR THE REORGANIZED DEBTORS' VALUE TO REFLECT EVENTS OR CONDITIONS THAT SUBSEQUENTLY OCCUR. THIS VALUATION DOES NOT CONFORM TO THE UNIFORM STANDARDS OF PROFESSIONAL APPRAISAL PRACTICE OF THE APPRAISAL FOUNDATION.