## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x

|  |  |
|---|---|
| *In re* | : Chapter 11 |
| **ROTECH HEALTHCARE INC.**, *et al.*, | : Case No. 13-10741 (PJW) |
| **Debtors.**[1] | : Jointly Administered |
|  | : Re: Docket No. 825 |

------------------------------------------------------------x

## ORDER EXTENDING EXCLUSIVE PERIODS
## PURSUANT TO SECTION 1121(d) OF THE BANKRUPTCY CODE

Upon consideration of the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), for entry of an order, pursuant to section 1121(d) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 9006 the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 9006-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), extending the Debtors' exclusive periods to file a chapter 11 plan or plans and to solicit acceptances of such plan(s); and it appearing that no other or further notice need be provided; and it appearing that the relief requested in the Motion is in the best interests of the Debtors and their respective estates and creditors; and after due deliberation and sufficient cause appearing therefor, it is hereby:

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the Exclusive Filing Period shall be extended through and including December 4, 2013; and it is further

---

[1] The Debtors in these chapter 11 cases are listed in Schedule 1 to the Motion and at http://dm.epiq11.com/rotech. The address of the corporate headquarters of the Debtors and the mailing address of each of the Debtors is 2600 Technology Drive, Suite 300, Orlando, FL 32804.

[2] Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in the Motion.

01:13888796.4

ORDERED that the Exclusive Solicitation Period shall be extended through and including February 2, 2014; and it is further

ORDERED that entry of this Order shall be without prejudice to the rights of the Debtors to request further extensions of the Exclusive Periods or to seek other appropriate relief; and it is further

ORDERED that this Court shall retain jurisdiction with respect to all matters arising from or related to this Order.

Dated: Wilmington, Delaware
        *Aug 30* 2013

_____
Peter J. Walsh
United States Bankruptcy Judge

01:13888796.4

2