# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | ROTECH HEALTHCARE INC. | | |
| **Case Number:** | 13-10741-PJW | **Chapter:** | 11 |
| **Date / Time / Room:** | FRIDAY, JANUARY 31, 2014 02:00 PM   CRT#2, 6TH FL. | | |
| **Bankruptcy Judge:** | PETER J. WALSH | | |
| **Courtroom Clerk:** | LORA JOHNSON | | |
| **Reporter / ECR:** | MICHAEL MILLER | | |

## *Matter:*

Omnibus

**R / M #:**   1,465 / 0

## *Appearances:*

See attached Court sign-in sheet

## *Proceedings:*

Hearing Held.
Agenda Items:
#1 -  Order signed on 1/23/14
#2 -  Order signed on 1/23/14
#3 -  Order signed on 1/23/14
#4 & #5 - Not heard
#6 - Ruling: Fee request reduced by $300,00.  Equity Committee to submit an order.